**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
_____ **DIVISION**

Charles A. Winston
ADC# 059733

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 4 2016

JAMES W. McCORMACK, CLERK
By: _____
        DEP CLERK

(Enter above the full name of the plaintiff(s)
in this action.)

V.                           CASE NO. 5:16-CV-186-JLH-BD

_____
_____
_____

(Enter above the full name of the defendant(s)
in this action.)

I.      Previous Lawsuits

a)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ one of them. No _____

b)  If your answer to "a" is "Yes", describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) See

1. Parties to this lawsuit

Plaintiffs: Charles Winston

This case assigned to District Judge Holmes
and to Magistrate Judge Deere

Defendants: Deborah Andrews, Arkansaw
Department of corrections

2. Court (if federal court, name the district; if state, name the county): _____

Arkansas State Claims Commission

3. Docket Number: 15-0060-CC

4) Name of judge to whom case was assigned: _____

5) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): I never recieved a response from the General Assembly to my appeal

-A-

6) Approximate date of filing lawsuit: _July 22, 2014_

7) Approximate date of disposition: _Never recived a response to my appeal._

II.    Place of Present Confinement: _Arkansas Dept. of Corrections (ADC) Varner Supermax Unit._

III.    There is a prisoner grievance procedure in the Arkansas Department of Corrections. **Failure to complete the grievance procedure may affect your case in federal court.**

a)    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ____✓____        No _____

b)    If your answer is "yes", attached copies evidencing completion of the final step of the grievance appeal procedure.  **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

c)    If your answer is "no", explain why not: _____

_____

_____

IV.    Parties

(In item "a" below, place your name in the first blank and place your present address in the second blank.

a)    Name of Plaintiff: _Charles A. Winston 089733_

Address: _Varner Supermax, Apt. 322, P.O. Box 600, Grady AR 71644-0600_

Name of Plaintiff: _____

Address: _____

_____

(In item "b" below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

b)    Defendant: _Deborah Andrews_

Position: _Correctional Officer II (CoII)_

Place of Employment: ADC, Varner Unit

Address: P.O. Box 600, Grady AR 71644-0600

Defendant: Major Kennie Bolden

Position: Major Chief of Security

Place of Employment: ADC, Varner Unit

Address: P.O. Box 600, Grady AR 71644-0600

Defendant: Randy Watson

Position: Warden

Place of Employment: ADC, Varner Unit

Address: P.O. Box 600, Grady AR 71644-0600

Defendant: Arkansas Department of Corrections

Position: The Entity

Place of Employment:

Address: P.O. Box 600, Grady AR 71644-0600

Defendant: N. R. Davis

Position: Co II

Place of Employment: ADC, Varner Unit

Address: P.O. Box 600, Grady AR. 71644-060

Defendant: Karen Williams

Position: Captain

Place of Employment: ADC, Varner Unit

Address: P.O. Box 600, Grady AR 71644-0600

-C-

Place of Employment: _____ .

Address: _____

Defendant: Sandra Malone _____

Position: Captain _____

Place of Employment: ADC, Varner Unit _____

Address: P.O. Box 600, Grady AR 71644 _____

Defendant: Anthony Bradley _____

Position: Captain _____

Place of Employment: ADC, Varner Unit _____ .

Address: P.O. Box 600, Grady, AR 71644 _____

Defendant: J.       Madden _____

Position: Sgt. _____

Place of Employment: ADC, Varner Unit _____

Address: P.O. Box 600 Grady AR 71644 _____

Defendant: Miss       Trooter _____

Position: Correctional Officer II _____

Place of Employment: ADC, Varner Unit _____

Address: P.O. Box 600, Grady, AR 71644 _____

Defendant: Moses Jackson _____

Position: deputy warden _____

Place of Employment: ADC, Varner Unit _____ .

Address: PO Box 600 Grady, AR 71644 _____

-D-

Place of Employment: _____ -

Address: _____

Defendant: _Marshall Dale Reed_____

Position: _deputy Director_____

Place of Employment: _ADC_____

Address: _P.O. Box 8707, Pine Bluff, AR 71611_

Defendant: _N. R. Davis_____

Position: _Correctional Officer II_____

Place of Employment: _ADC, Varner Unit_____ -

Address: _Varner Unit, P.O. Box 600, Grady, AR 71644_

Defendant: _____

Position: _____

Place of Employment:_____

Address: _____


V.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. It you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_____CLAIM #1_____

1    Over the course of two years and three months from 06-24-2013 to August 12, 2015 I have written at least 30 grievances addressing the unconstitutional

1

conditional of my confinement as it relates to inadequate lighting, staff shortage, failure to protect and how these conditions put me in harms way not once but twice as reflected by Exhibits AAA and AA.

2.   The administrators at the Varner Regional Unit has allowed the Unit to be ran with a skeleton crew for the three years that I have been at the Unit

3.   One guard, usually a lone female has to supervise four open barracks all by herself, which houses 50 inmate each.

4.   This not only puts the inmates life in danger but the lone guard (Barbara Ester) as well.

5.   Chief of security, major Kennie L. Bolden in his response to grievance # VU 14-01559, dated 11-12-2014 stated: "...there is suppose to be one officer on post for 15-18." And...

6.   And warden Randy Watson agreed with this statement made by major Bolden. Exhibit-V

7.   And chief deputy director, Marshall Dale Reed allowed this practice to continue. Exhibit-Z5.

8.   Barracks 15 and 17 are on one side of the hallway and barrack 16 is across the hall from 15 and 18 is across the hall from 17.

2.

9.   And then down the hallway approximately 56 steps from 15 barrack door you come to barrack 20 door.

10.   Twenty (20) barrack and 22 barrack are on one side of the hallway and 19 and 21 barracks are on the opsite side of the hallway.

11.   Now with that understanding I would like to address the issue of the lights.

12.   The security staff habitually violate the policy and/or rules governing the lights.

13.   This in turn makes the lighting unconstitutional in two ways;

14.   1) An inmate can't see to be able to read or write while sitting or lyin on his bed.

15.   2) The practise of violating the lighting rules are so ingrained and systematic until it is the norm and my fellow inmates espect for the lights to be off in the living area even after the lunch meal has been fed and when an inmate ask a guard to cut them on he get cursed, threatean and sometimes assaulted, by fellow inmates.

16.   On June 15, 2013 at approximately 12:45 PM I was assaulted by a fellow inmate for requesting that the lights be turned on. See

3.

Exhibit-Z6 It gives the details. And Exhibits AAA is the two bloodie photos.

17.     I substained four brutal blows. Two areas beside and over my eye required stitches as reflected by the photo.

18.     I was struck in my mouth and the back of my head. Page two of Exhibit shows how bad my eye was swollen the next day.

19.     If policy governing the lights would have been followed the assault wouldn't have happened

20.     And even in the "light" of the policy violation regarding the lights, if the area would have been properly staffed and secured the assault would have been discouraged.

21.     coII Deborah Andrews fail to protect me. She didn't enter the barrack to stop the assault.

22.     She did not do any security checks which may have discouraged the assault.

23.     And she didn't follow the policy governing the lights which fostered the assault.

24.     All staff members I contacted were deliberate indifferent to;my need for adequate lighting,

25.     2). My need not to be put in the position to be threaten or assaulted and,

26    3) They all fail to protect me as revealed by my efforts to get them to address the issue by letters, Affidavits, Declarations and over 30 grievances. See Exhibits; Z5, Z6, and Z7.

27    I made Director, Ray Hobbs, chief deputy directors Larry May, Morgan Dale Reed, warden Randy Watson, deputy warden Moses Jackson, building major, Kennie Bolden, captain Sandra Maloone, captain Anthony Bradley and Sgt. Cheryl Jones and Sgt. Simpson aware of these three problems to no avail.

28    Then on July 22, 2014 I filed a claim with the Arkansas State Claim Commission about the security officers not obeying the policy governing the lights but they ruled against me and I appealed to the General Assembly and have not recieve a response from the Claims Review Sub committee as of this day June 11, 2016. Thats over a year ago. Please see Exhibits; Z-16 and 17

29    And ADC staff continued to violate my constitutional rights. Exhibit-Z10. I wrote nine grievances that year regarding these issues to no avail as reflected by Exhibits; N-V.


Related CLAIM No. 2

30    Then on August 2, 2015, a Sunday I left the

barrack at approximately 10:00 AM to go to lunch as usual the lights were out.

31. So when I finished eating chow I went to the control booth and asked COII _____ Trooter to have the lights cut on in 20 barrack and she told me to tell the officer to cut them on when I get back to 20 barrack.

32. I told her no, that causes trouble and left.

33. I saw captain Karen Williams standing in the chow hall door and I went and asked her to call COII N.R. Davis and have her to cut the lights on.

34. Upon information and belief captain Williams contacted COII Davis and said to her: "Winston is down here complaining cut the lights on."

35. So when Davis cut the lights on at aproximately 10:30 AM inmates in my barrack got mad and moved my bed and some of my property to the door, in their efforts to move me out the barrack.

36. As I approached my barrack I could see through the window that my bed had been brought to the door. I also noticed that COII Davis had all four door open (unlocked) at the same time feed chow

6.

37. This can be seen on camera. All four doors were unlocked at the same time.

38. Warden Watson is attempting to cover this fact up. As can be seen by his response to my grievance # VU-15-01507. Exhibit - Z-4

39. I entered the barrack and picked up two bags of my property and several inmates started threaten me. Two of them had canes and there wasn't any security in sight.

40. So when I get back to my area inmates started hitting me.

41. Then another came at me with a cane swing it at me. I threw up my arm to block the cane and it knocked my watch off of my arm.

42. They had me on the wall assaulting me. I tried to get away from them by going to the other side of the barrack.

43. I was now on the other wall where I was again assaulted and there was still no supervision. Where I was under attack

44. The assault went on for at least 20 minutes. One female guard was supervising all four barracks during my assault

45. During my assault all four doors was unlocked

7.

46. COII Davis finally reports the assault and because of a staff shortage only one female officer, captain Williams respond to the call.

47. Captain Williams refused to allow me to remove my property from the barrack

48. There was not any staff with her to remove my property from the barrack

49. While my property was left in the barrack unsecured, the inmates pour bleach water on my bed and legal documents.

50. Two of my dictionaries, two of my law books and two of my photos were all destroyed or stolen

51. Captain Williams, COII Davis, Sgt. Madden and COII Trooter fail to protect me.

52. Sgt. Madden she was in charged of section-C and was suppose to be supervising the area but was not.

53. Every allegation I have made is true. COII Deborah Andrews admitted her actions caused my attack.

54. In her typed response to grievance #VSM 13-0231. See Exhibits; Z13 and A

55. The disciplinary she wrote on me was reversed Exhibit-Z14

8.

56. Because of the defendants failure to follow their on rules governing the lights, the lighting I recieved was inadequate and an act of cruel punishment and thus a violation of my 8th amendment rights.

57. And because all the defendants Knew of the staff shortage and did nothing to correct it, they fail to protect me.

58. They manifested gross deliberate indifference toward my safety

59. My firs assault had already left me scared for lie and I'm suffering from memory lost as reflected by grievanc # 2371 (Exhibit-A).

60. I have two scars on my face and had laceration in my mouth. Exhibit-Z15.

61. I am still having headaches from the assault.

62. Then the assault I sufferd on August 2, 2015 really left me messed up! Exhibit Z 18

63. I have two more permanent scars, one near my eye and one on my head. I have six fractured bones in my face.

64. I have had to have surgery to have a titanium plate put in my face with screws.

9.

65. This plate and screws will have to stay in my face for life.

66. My teeth are out of alihement and as of today June 11, 2016 I'm still suffering from dental complications.

67. The issue of the blood clog and air pocket in my head have still not been addressed by the medical staff here.

68. I am suffering from headaches and I am not recieving adequate pain medication as of this day.

69. At all times all defendants acted under the color of state law and are being sued in their individual and official capacities.

70. The Arkansas Department of Corrections, implemented or executed an unconstitutional policy or custom.

VI.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

## CLAIM No. 1

Compensitory damages jointly and severally against all defendants; Deborah Andrew, Kennie Bolden, Marshall D. Reed, in the amount of $50,000, Also; Randy Watson, Moses Jackson, Anthony Bradley, Cheryl Jones and Sandra Malone

Punitive damages against all defendants in the amount of $75,000 each.

## CLAIM No. 2

Compensitory damage joitly and severally against all defendants; Kennie Bolden, Marshall D. Reed, Randy Watson, Karen Williams. N. R. Davis, Trooter, J. Madden, for $75,000 each

Punitive damages against all defendants in the amount of $100,000 each because they refuse to fix the problem!

10.

And all other relief the court deem appropiate under these unique and unrefuable violations

NOTE: Plaintiff is proceeding pro se and believes that his denial of adequate lighting is reflected by grievance responses and request to be compensated additional in each claim $50,000 for the 8th amendment violation.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 11 day of June , 20 216 .

C.A. Winston

Signature(s) of plaintiff(s)

Revised 05/02/05 |

11,

Exhibit -ANA 1of2

Charles Winston #84733  6/15/13  2013 -01



Charles Winston #084733 6/16/13   2

Exhibit-AAA
2of2



Exhibit- AA

It is important that you choose to fix your cheekbone fracture very soon so that the bones do not heal in place and make the surgery more difficult. It has been 9 days since your injury and surgery needs to happen by no later than 2-3 weeks.

To repair the fracture, Dr. Benette would use a titanium plate to secure the bones together. The plate would stay in place. You would have an incision under your upper lip and perhaps above your eye that would be closed at surgery.

You would receive pain medications appropriate for the surgery, but pain medication before the surgery would be prescribed by your doctors.

There is the possibility that you will need another surgery.

You will have an opportunity to hear the risks and benefits of surgery again before the surgery.

The foregoing is a statement given to me by Dr. Benette's assistance. Benette perfored the surgery on me on August 18, 2015. APN, Clowers stated that the x-ray revealed that I had a blood clot, and air pocket from the assaut. I had six broken bones in my face. I had two broken nose bones, each right and left jaw bones were broken and left orbital floor and left anterior orbital rim fracture. I also had nine stitches put near and over my right eye in or near the location where I recieved stitches after my first assault. The following is Clowers x-ray results in her own handwriting:

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Yellow

Unit/Center ___Varner Supermax___

Name ___C.A. Winston___    Exhibit-A 1of3

ADC# __84733__    Brks # __510__    Job Assignment __PI__

FOR OFFICE USE ONLY
GRV. # VSM13-02371
Date Received: 7-1-13
GRV. Code #: 500

__6-24-10__ (Date) STEP ONE: Informal Resolution

Exhibit-A 1of3

__6-29-30__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _The problem solver Sgt Foot never returned with the response._

__6-24-10__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I am being punished because CO II D. Andrews violated policy and procedure, creating an environment conducive for violence!_

*Is this Grievance concerning Medical or Mental Health Services?* ___ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On the Saturday morning of January 15, 2013 from 6:00AM to approximately 11:30 AM all lights in the living area were out. At approximately 11:30 AM the light, the row of lights that run over my rack was cut on. After CO II Deborah Andrews receives a call notifying her that deputy warden Meinzer was in route to sign the log she cuts all the lights on in the living area including those that wasn't on in the day room. When Meinzer leaves the area an inmate asked her to cut some of the lights out in the living area. She obliges, it is now approximately 12:40 PM. Another inmate ask her to cut another row of lights out in the living area again she obliges. This lameness in policy creates inhibition which causes violence. According to ABA Criminal Justice Standards on the Treatment of Prisoners, Correctional authorities should provide each prisoner a source of natural light & light sufficient to permit reading. Lights will be turned on at 4:30 AM and remain on until 10:30 PM. Andrews violated this policy thus fostering my brutal assault._

___C.A. Winston___                         ___6-24-13___
Inmate Signature                             Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? ___ (Yes or No). If yes, name of the person in that department receiving this form: _____    Date __6/25/13__

__Sgt Foot/C__     __54845__     _____    ___6/25/13___
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**:

RECEIVED JUL 1 2013

_____

_____

RECEIVED

Staff Signature & Date Returned              Inmate Signature & Date Received

VARNER EMERGENCY GRIEVANCE

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ___ DEC 04 2013 (Yes or No).

Staff Who Received Step Two Grievance: _____    Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) INMATE GRIEVANCE

If forwarded, provide name of person receiving this form: _____    SUPERVISOR    DATE ADMINISTRATION BUILDING

-------------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

INMATE NAME: <u>Winston, Charles A.</u>          ADC #: <u>084733D</u>          GRIEVANCE #: <u>VSM13-02371</u>

WARDEN/CENTER SUPERVISOR'S DECISION    *Exhibit- A 2 of 3*

in response to your grievance: Inmate Winston, you state, "On the Saturday morning of January 15, 2013 from 6:00 am to approximately 11:30 am all lights in the living area were out. At approximately 11:30 am the light, the row of lights that run over my rack was cut on.
After CO II Deborah Andrews received a call notifying he that deputy warden Meinzer was in route to sign the log she cuts all the lights on in the living area including those that wasn't on in the dayroom.
When Meinzer leaves the area the inmate asked her to cut some of the lights out in the living area. She obliges it now approximately 12:40 pm. Another inmate ask her to cut another row of lights out in the living area, again she obliges. This lazness in policy creates intitlement causes violence.
According to ADC Criminal Justice Standard on the Treatment of Prisoners, correctional authorities should provide each prisoner a source of natural light & light sufficient to permit reading. Lights will be turned on at 4:30 am and remain on until 10:30 pm. Andrews violated this policy thus fostering my brutal assault."

Per AD: 12-16 this grievance should have been rejected as untimely. You initiated Step One (1) Informal Level on 06/24/2013 . You state in your complaint "On the Saturday morning of January 15, 2013..". Additionally January 15, 2013 was not a Saturday. The time frame from 01/15/2013 to 06/24/2013 exceeds the 15 day time limit. Additionally, you were assigned to the Varner Super Max when you wrote your Step One (1) and you are grieving about an officer assigned to the Varner Unit General Population.

Therefore, I find this issue without merit.

| | | |
|---|---|---|
| _(signature)_ | RECEIVED DEC 0 4 2013 INMATE GRIEVANCE SUPERVISOR ADMINISTRATION BUILDING | _(signature)_ |
| Signature of Warden/Supervisor or Designee | Title | Date |
| | | 11-19-13 |

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? This grievance was timely. I put January instead of June because the blows I recieved were so forceful until it affected my thinking (memory). Security and the medical personel swore it was done with a weapon. Never the less CO II Andrews as is the norm did not have the lights on according to policy. Just this past Saturday 11-16-13 CO II Dye kept the lights out in the "Living Area" all day long. You will be reading about it!

| C.A. Winston | 084733 | 11-22-13 |
|---|---|---|
| Inmate Signature | ADC# | Date |

IGTT410                    Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.        ADC #: 084733        GRIEVANCE#:VSM13-02371

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**    Exhibit-A 3 of 3

Inmate Winston the incident to which you refer occurred on January 15, 2013; however, your Step 1 grievance was not received until 6-24-13. You have violated the time limits for submitting complaints as outlined in the Inmate Grievance Procedure AD 12-16. This grievance is being administratively closed without a decision on its merits. In the future, submit your grievances in a timely manner.

Appeal denied

Director                                    Date    1-3-2014

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center ___Varner___

Name __C. A. Winston__     Exhibit-B 1 of 3

ADC# __84733__     Brks # __20-08__   Job Assignment __BU__

FOR OFFICE USE ONLY
GRV. # __VU13~921__
Date Received: __08-05-13__
GRV. Code #: __717__

__9-30-13__ (Date) STEP ONE:  Informal Resolution

Exhibit-B - 1 of 3

__8-2-13__ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
          If the issue was not resolved during Step One, state why: Captain Bealer didn't
          address the issues of staff shortage and its ramifacations

__7-30-13__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt.  If an Emergency, state why: __There is only one guard__
__Supervising 4 barracks__

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected.  (Please Print): Captain Barry M. Bealer is a
allowing one female officer to supervise four barracks contain-
ing approximately 50 inmates each.
     He is allowing the same thing on my barrack barrack #20. There
is one male guard supervisg approximately 200 inmates.
I am being subjected to a substantial risk of physical harm.
     I want to know when and what is Bealer going to do to fix
this problem. The problem being a shortage of correctional
officers. I can't even get legal mail signed or grievances addressed
because of the shortage.                                     RECEIVED

SEP 16 2013

INMATE GRIEVANCE SUPERVISOR

ADMINISTRATION BUILDING

__C. A. Winston__                          __9-30-13__
Inmate Signature                              Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on __7-30-13__ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No) If yes, name
of the person in that department receiving this form: _____ Date _____

__L. Thomas__              __725169__      __Sgt. L. Thomas__         __7-30-13__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number    Staff Signature        Date Received
Describe action taken to resolve complaint, including dates: Legal mail is past out and signed for
regardless of how short the shift is, and the Grievance Procedure is also adhered to regardless
of shift shortage. Male + Female Officers are assigned to all post regardless of their sex.

__Cpl R. [RECEIVED]__              __C. A. Winston  7-31-13__
Staff Signature & Date Returned              Inmate Signature & Date Received
This form was received on __AUG-5 2013__ (date), pursuant to **Step Two**.  Is it an Emergency? _____ (Yes or No).
Staff  Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
VARNER UNIT GRIEVANCE

**DISTRIBUTION:  YELLOW & PINK** – Inmate Receipts; **BLUE** – Grievance Officer; **ORIGINAL**

*Blx 20-08*

IGTT410
3GS

Attachment III

INMATE NAME: <u>Winston, Charles A.</u>    ADC #: <u>084733D</u>    GRIEVANCE #: <u>VU-13-00921</u>

WARDEN/CENTER SUPERVISOR'S DECISION    *Exhibit-B-2of3*

In response to your grievance: Inmate Winston, you state in your complaint, "Captain Barry M. Bealer is allowing one female officer to supervise four barracks containing approximately 50 inmates each. He is allowing the same thing on my barrack, barrack #20. There is one male guard supervising approximately 200 inmates. I am being subjected to a substantial risk of physical harm. I want to know when and what is Bealer going to do to fix this problem? The problem being a shortage of correctional officers. I can't even get legal mail signed or grievances addressed because of the shortage."

PER AD: 12-16 Inmate Grievance Procedure - Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed.

You have listed multiple issues; only one will be addressed. You state that you cannot get grievances addressed "because of the shortage". Your record shows that since January 2013 to August 2013, you have initiated forty-five (45) Step Two (2) Formal Grievances that have been either acknowledged, responded, extended, appealed, and/or rejected.

Therefore, I find this issue without merit.

RECEIVED

SEP 1 6 2013

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

_____    _____    _____
Signature of Warden/Supervisor or Designee    Title    Date
9-3-13

---

**INMATE'S APPEAL**    *Note: I recieved this grievance on 9-5-13*

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? *Warden Randy Watson have successfully evaded the issue! The issue is, Mr. Larry D. May, is as reinforced in my step two response. is that there is a shortage of security officers in section 3 here at the Varner Unit. Ninty (90) percent of the time one female officer has to supervise 4 barracks consisting of 50 inmates each. Barracks 15 thr. 18 & 19 through 22. They don't even make security checks 90% of the time. This is putting the inmates as well as the "lone officer" life in danger. The camera will verify my story for the past 12 months. Check it!*

C.A. Winston    84733    9-8-13
_____    _____    _____
Inmate Signature    ADC#    Date

NOTE: *The like (lack) of properly following the light policy is of issue to!*
IGTT410

IGTT430
3GD

INMATE NAME: Winston, Charles A.          ADC #: 084733          GRIEVANCE#:VU-13-00921

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**          Exhibit - B  3 of 3

You grieved multiple issues on 7/30/13. Per policy, the unit addressed one issue, which was the issue you stated about not being able to get grievances addressed "because of the shortage of staff."

And after review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

_____          _____
Director                                        Date        9. 19. 13

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center ___Varner___

Name __C. A. Winston__    Exhibit-C 1 of 3

ADC# __84733__    Brks # __10-08__    Job Assignment __BU__

FOR OFFICE USE ONLY
GRV. # VU13 - 952
Date Received: 08-13-13
GRV. Code #: 800

__8-6-13__ (Date) STEP ONE: Informal Resolution

__8-10-13__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: As common Knowledge and
the camera will reflect this statement Madden gave Jones is a lie.

__8-6-13__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: I am constantly being put at
risk of assault due to a lack of adequate staff & their deliberate indifference.
*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): On 07-31-13 I submitted a
grievance to Sgt. J. Madden about the unconstitional condition of
the barracks of section 3 of the Varner Unit barracks 15 through
22. Perticularly: 1) shortage of staff 2) a lack of security checks 99%
of the time and 3) the policy regarding the lights are not enforced especially
on the week ends.
    In Sgt. Madden's response she stated: "Everything has been done within
policy, security checks are being done, lighting is appropiate." This state-
ment is a fabrication of a document and a violation of AR 225.
    All you have to do to verify my allegations is to review the camera
on 8-5-13 and 8-6-13. COII worked on 19 through 22 and on 15 through
18 today 8-6-13 and you will see she never entered any barracks and today
all day she has worked 4 barracks by herself just as the officer did today
on 8-6-13. COII Owens will verify she did no security checks and she worked by
herself a 1/2 day on 8-5-13 & all day on 8-6-13 proving Sgt. Madden a liar and doc-
ument falsifier. REVIEW THE CAMERA!
    C.A. Winston                                    8-6-13
Inmate Signature                                    Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form? _____ Date _____

SFC WINNS                72168        SFC Winns                    8/6/13
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature        Date Received

Describe action taken to resolve complaint, including dates: Everything has been done
within policy, security checks are being done & the lighting is
appropriate.

SFC J Madden 8-6-13                    C.A. Winston    8-10-13
Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: OCT 22 2013
If forwarded, provide name of person receiving this form: _____ Date: _____

RECEIVED
AUG 13 2013
VARNER UNIT GRIEVANCE

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Give to Warden

*Bls 20-08*

IGTT410
3GS

Attachment III

INMATE NAME: <u>Winston, Charles A.</u>    ADC #: <u>084733D</u>    GRIEVANCE #: <u>VU-13-00952</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

*Exhibit C 2 of 3*

In response to your grievance: Inmate Winston, you state in your complaint, "On 07-31-13 I submitted a grievance to Sgt. J. Madden about the unconstitutional condition of the barracks of section 3 of the Varner Unit barracks 15 through 22. Perticulary ; 1) shortage of staff 2) a lack of security checks 99% of the time and 3) the policy regarding the lights are not enforced especially on the weekend. In Sgt Madden's response she stated: "Everything has been done within policy, security checks are being done, lighting is appropriate...: This statement is a fabrication of a document and a violation of AR 225. all you have to do is verify my allegations to review the camera on 8-5-13 and 8-6-13 COII worked on 19 through 22 barracks and today on 8-613. COII Owens will verify she did no security checks and she worked by herself a 1/2 day on 8-513 & all day on 8-6-13 proving Sgt. Madden a liar and document falsifier. REVIEW THE CAMERA!"

PER AD: 12-16 Inmate Grievance Procedure - c. A submission is vexatious when it merely agitates, provokes, harasses or irritates by petty provocation and is not designed to lead to any practical result, resolution, or appeal.

This grievance should have been rejected as vexatious due to you are simply stating in this grievance that Officer Madden lied on a Step One (1) Informal dated 07/30/2013 on her response that you have previously grieved and dated 08/06/2013 as a Step Two (2) Formal Grievance which is currently under investigation. Anything that may or may not have occurred after the date of 07/30/2013 would have no bearing on Sgt. Madden's response.

Therefore, I find this issue without merit.

_____
Signature of Warden/Supervisor or Designee

_____
Title

10-10-13
Date

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? When a mans' life is in danger he must cry and cry for help until someone comes to his aid. I have made security and administrator aware of one female guard having to; supervise 200 inmates in 4 different barracks, the lack of security checks, and the inadequate lights because security is scared to follow policy because they are scared because they are alone. Even this response by Warden Watson shows his deliberate indifference to my safety & well being. Check the camera!

C.A. Winston
Inmate Signature

084733
ADC#

10-17-13
Date

RECEIVED

OCT 22 2013

INMATE GRIEVANCE SUPERVISOR

IGTT410

Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.          ADC #: 084733          GRIEVANCE#:VU-13-00952

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**          Exhibit - C 3 of 3

You grieved on 8/10/13 that you submitted a grievance to Sgt. Madden regarding certain conditions in your barracks. You stated that Sgt. Madden's response to the informal grievance is a fabrication and a violation of policy. You called Sgt. Madden a liar and a document falsifier.

After review of your appeal and supporting documentation, I find that there is no evidence to support your allegations against Sgt. Madden falsifying any documentation. I find your appeal without merit.

Appeal denied.

/7M7

_____                    _____10·31·13_____
Director                                   Date

IGTT430                    Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Varner_

Name _C.A. Winston_

ADC# _084733_    Brks # _20_    Job Assignment _____

<table>
<tr><td>FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. # VU 13-969</td></tr>
<tr><td>Date Received: 08-19-13</td></tr>
<tr><td>GRV. Code #: 800</td></tr>
</table>

_8-15-13_ (Date) STEP ONE: Informal Resolution            _Exhibit-D 1 of 3_

_8-16-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _COII Owens have falsify_
_her response. It was not count time. She was retaliating_

_8-15-13_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a
serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _I have been denied access to the_
_law library in retaliation_

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _At exactly 7:30 AM I knocked_
_on the door for approximately 15 minutes before COII Owens came_
_to see what I wanted I had to tell two different inmates to_
_get her attention._
_When she finally came to the door at exactly 7:44 AM she_
_lie and said it was count time but the count light was not even_
_own. She refused to honor my law library pass and refused to let_
_me go to the law library_
_COII Owen is retaliating against me because in a grievance_
_I wrote on 8-6-13 alleding that on 8-5-13 she didnt do not_
_one security check when she worked 19-22 and on 8-6-13 she worked_
_15-18 and didn't do a security check because she worked four barracks_
_all by herself, like today (8-15-13) and now she is mad at_ **security** RECEIVED
_at me and has refused me access to the law library_

SEP 2 4 2013

_C.A. Winston_                    _8-15-13_  INMATE GRIEVANCE SUPERVISOR
Inmate Signature                    Date        ADMINISTRATION BUILDING
**If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.**

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____
_SGT. McCrimmon_ _B76074_ _SGT. McCrimmon_ _8-15-13_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received
Describe action taken to resolve complaint, including dates: _COII M. Owen advised_
_this inmate that it was count time, and that she could_
_not go. And that's what I mean. COII M. Owen_

_SGT. M_ RECEIVED _15-13_    _C.A. Winston_ _84733_ _8-15-13_
Staff Signature & Date Returned    Inmate Signature & Date Received
This form was received _8-15-13_ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance _SGT. McCrimmon_ Date: _8-15-13_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _8-15-13_
If forwarded, provide name of person receiving this form: _____ Date: _____

AUG 19 2013
GRIEVANCE

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back

IGTT410
3GS

BD2 20-08
Attachment III

INMATE NAME:  Winston, Charles A.    ADC #:  084733D    GRIEVANCE #:  VU-13-00969

Exhibit-D 2 of 3

WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance: Inmate Winston, you state in your complaint, " At exactly 7:30 AM I knocked on the door for approximately 15 minutes before COII Owens came to see what I wanted. I had to tell two different inmates to get her attention. When she finally came to the door at exactly 7:44 AM she lied and said it was count time but the count light was not even own. She refused to honor my law library pass and refused to let me go to the law library. COII Owen is retaliating against me because in a grievance I wrote on 8-6-13 alleding that on 8-5-13 she didn't do not one security check when she worked 19-22 and on 8-6-13 she worked 15-18 and didn't do a security check because she worked four barracks all by herself like today (8-15-13) and now she is made at security and mad at me and refused me access to the law library."

The Law Library schedule for Thursdays is by approved pass only 1 - 22 barracks at 8:00 AM to the beginning of the noon meal to the end of the noon meal until the start of the evening meal - 7:00 P.M. until 9:30 P.M. which means it was unnecessary to beat on the door from 7:30 AM to 7:44 AM. Records show that count was cleared at 8:10 AM. You were not denied access to the Law Library. The sign-in sheet shows that you were in the library from 9:00 AM to 9:30 AM; 10:51 AM to 12:07 PM; and 7:20 PM to 7:35 PM.

Therefore, I find this issue without merit.

_____    _____    9-16-13
Signature of Warden/Supervisor or Designee    Title    Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? The security and the administators here at the Varner Unit don't follow or honor their own policies rules guidelines and schedules. When a security officer violate policy the staff deny fault and allow the guilty officer an unchastized. And thus they continue their behavior.
COII Owens didn't allow me to go to the law library and now she has lied to cover her actions. This is the most un-structed and unorganized Unit in the ADC!!!

C.A. Winston _____    084733    RECEIVED 9-19-13
Inmate Signature    ADC#    Date

SEP 2 4 2013

IGTT410    Page 1 of 1    INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.          ADC #: 084733          GRIEVANCE#:VU-13-00969

Exhibit- D 3 of 3

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You grieved on 8/16/13 that COII Owens refused to honor your library pass and did not allow you to go to the Law Library out of retaliation of a grievance that you wrote against her on 8/6/13 stating that she did not do security checks in her barracks.

After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

| | |
|---|---|
| /7M7 | 9-26-13 |
| Director | Date |

IGTT430                          Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Rejected

**FOR OFFICE USE ONLY**

Unit/Center ___Varner Max___

Name ___C.A. Winston___

ADC# _84733_    Brks # _510_    Job Assignment _P I_

GRV. # _VSM13-02384_
Date Received: _7-1-13_
GRV. Code #: _400_

Exhibit - E 1 of 3

_6-24-13_ (Date) STEP ONE: Informal Resolution

_6-29-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _The problen solver never returned_

_6-24-13_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I was assaulted on 6-15-13 at approximatly 12:50 PM but security is covering up the truth_

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On 6-15-13 COII Deborah Andrews falsified a document against me and accused me of fighting when in fact I was brutally assaulted while sitting in a shower chair at my rack. Captain Barry M.Braler CSOed the processing of this lie without even doing an investigation. Every inmate, inmate in 17 BKs Knows I was assaulted. Inmate T.Boyd even told Sgt. Madden that he came over to my rack where I was sitting and assaulted me._
_As I set there in my chair he came up to me and hit me twice over my Right eye leaving 4 laceration. The second blow Knocked me to the floor to my Knees where I stayed down with my elbows on the floor and my forehead on my forearms. Boyd then hit me again in my left side of my lip and the back of my Head and I could hear a lot of other inmates saying Boyd leave him alone._
_These two officers have falsified a document on me one out of fear and ignorance and the other out of retaliation._

___C.A. Winston___    ___C.A. Winston 6-24-13___
Inmate Signature    Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_E. Allen_        _70891_      _Sgt. E. all_        _6-24-13_
**PRINT** STAFF NAME (PROBLEM SOLVER)  ID Number   Staff Signature        Date Received

Describe action taken to resolve complaint, including **dates**: _Per AD 12-16 disciplinary matters are not grievable, but may be ~~attated~~ appealed by utilizing the disciplinary appeal process._

___Allen 07-02-13___
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

------------------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK –** Inmate Receipts; **BLUE-**Grievance Officer; **ORIGINAL-**Given back to Inmate After Completion of Step One and Step Two.

BK20|0008

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

Exhibit-E 2of3

TO: Inmate   Winston, Charles A.
FROM:   Robinson, Tonya R
DATE:   07/02/2013

ADC #:   084733D
TITLE:   ADC Inmate Grievance Coord
GRIEVANCE #:   VSM13-02384

Please be advised, I have received your Grievance dated 06/29/2013 on 07/01/2013 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_Tonya Rook_

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ○ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☒ This Grievance has been determined to be an emergency situation, as you so indicated.
- ○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ◉ This Grievance was REJECTED because it was either non-grievable ( _Disciplinary matter_ ), untimely, was a duplicate of  , or was frivolous or vexatious.

Note: I recieved this document on 7-5-13

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

I was brutally assaulted on 6-15-13 and I didn't put forth any resistance nor was I seen fighting but yet Andrews and Captain Bealer accuse me of fighting thus falsifying a document.

C.A. Winston _____ 084733 _____ 7-10-13
Inmate Signature _____ ADC # _____ Date

NOTE: Since your employee want be honest or act on common sense nor inmate Timonthy Boyd's on confession of my innocence, then grant me a stress test.

RECEIVED

JUL 1 6 2013

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.        ADC #: 084733        GRIEVANCE#:VSM13-02384

Exhibit - E 3 of 3

You grieved on 6/29/13 that CO-II Andrews falsified a document against you by stating that you were fighting, when you allege that you were brutally assaulted. You also stated that Capt. Bealer CSO'ed that falsified document. You believe that they falsified the documents out of fear, ignorance, and retaliation against you.

After review of your account and supporting documentation, I find that I concur with the unit's decision to reject your grievance as a disciplinary matter. Therefore I will not address the merit of your appeal which is denied.

Director

Date    8.19.13

IGTT430                              Page 1 of 1

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __Varner__

Name __C. A. Winston__

ADC# __84733__    Brks # __20 8__    Job Assignment __I U.A.__

FOR OFFICE USE ONLY

GRV. # __VU 13 - 787__

Date Received: __07-05-13__

GRV. Code #: __500__

__6-21-13__ (Date) STEP ONE: Informal Resolution

__7-4-13__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

Exhibit - F 1 of 3

If the issue was not resolved during Step One, state why: __I recieved no honest__
__response Captain Bealer was aware of the security shortage__

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? __NO__ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __On 6-15-13 at approximately 12:45 PM__
__I was brutally assaulted in 17 bks. at my rack #43. There was only__
__one security officer on duty that day over see four(4) barracks all__
__by herself, barracks; 15, 16, 17, and 19 as reflected by the camera.__
__This is the norm just as it is today on 6-29-13. Miss. CO II__
__Deborah Andrews as Jan 6-15-13 is still supervising four doors (bks)__
__with approximately 50 men in each barrack.__
__This lack of adequate security amounts to failure to protect and__
__the, the building Captain. Captain Barry M. Bealer is fully aware__
__of this habital practice of operating the four(4) barrack short of__
__staff. His actions and lack of actions along with CO II Andrews has__
__play "apart" in fostering my brutal attack? Please see two photos__
__of the brutal assault, before and after. I bleed profusely and am__
__still suffering pain and vision problems behind the assault!__

RECEIVED

DEC 0 4 2013

__C. A. Winston__                                __6-29-13__
Inmate Signature                                 Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __6-29-13__ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No) This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____    Date _____

__Sgt A. White__    __63885__    __Sgt A. White__    __6-29-13__
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates: __Capt. Bealer was not here__
__and this incident did not happen on his shift.__

__Sgt A. White  7-1-13__                    __C. A. Winston  7-1-13__
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

BOx 20 - 08

IGTT410
3GS

Attachment III

INMATE NAME: Winston, Charles A.        ADC #: 084733D        GRIEVANCE #: VU-13-00787

Exhibit-F 2 of 3

## WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance: Inmate Winston, you state, "On 6-15-163 at approximately 12:45 pm I was brutally assaulted in 17 bks at my rack 43. There was only one security officer on duty that day over see four (4) barracks all by herself, barracks; 15, 16, 17, and 19 as reflected by the camera.
This is the norm just as it is today on 6-29-13 Miss CO II Deborah Andrews as an 6-15-13 is still supervising four doors (brks) with approximately 50 men in each barrack.
This lack of adequate security amounts to failure to protect and the building Captain Barry M Bealer is fully aware of this habitual practice of operating the four (4) barracks short of staff. his actions and lack of actions along with CO II Andrew has play "Apart" in fostering my brutal attack. Please see two photos of the brutal assault, before and after. I bleed profusely and am still suffering pain and vision problems behind the assault."

On 06/15/2013, you and another inmate were involved in an verbal altercation that escalated to a physical altercation by both of you, in 17 barracks. Officer Andrews while conducting a visual security check saw the other inmate hit you at which time she immediately called for assistance. All available officers responded, both of you were placed in handcuffs, property was packed, pictures taken, witness statements taken, and escorted to the Infirmary for pre-lock up. You received a Major Disciplinary for you actions for which you were subsequently found guilty in Major Disciplinary Court Hearing.

There is no evidence of lack of adequate security or failure to protect you. The assignment of staff to a particular post is not done at the behest of inmates.

Therefore, I find this issue without merit.

_____
Signature of Warden/Supervisor or Designee

_____    Title    RECEIVED    11-19-13    Date

DEC 04 2013
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION/Building

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

This statement by warden Watson is a calculated fabrication. One female security officer supervising four seperate barracks housing approximately 50 inmates each Is inadequate security. This inadequay is also manifested in Andrews and other Officers failure to follow policy govonoring the lights. The camera will reveal that there was not one security checked made from 6:00AM to 12:30 PM.

Charles A. Winston        084733        11-22-13

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.        ADC #: 084733        GRIEVANCE#:VU-13-00787

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**    Exhibit - F 3 of 3

You grieved on 7/4/13 that you were brutally assaulted on 6/15/13 at your rack in Brks. 17. You state that there was only one officer overseeing four barracks. You said that the Varner Unit staff is fully aware of the lack of adequate security in the barracks, which helped assist in your being assaulted.

After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

_____        _____
Director                                    Date

12·21·13

IGTT430                        Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center: Varner          Exhibit - F

Name C. A. Winston

ADC# 084733    Brks # 20-06    Job Assignment BU

FOR OFFICE USE ONLY
GRV. # VU13 - 923
Date Received: 08 - 07-13
GRV. Code #: 717

7-30-13 (Date) STEP ONE: Informal Resolution

Exhibit-G 1 of 3

8-6-13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: This grievance was re-turned to me by Sgt. White today 8-6-13 and the response is a lie.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: The refusal of staff to correct these policy violation has put and is putting me at a substainal risk of phisical harm again

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

BRIEFLY state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): This grievance is about my condition of confinement. Wardens: Randy Watson, Moses Jackson and Curtis Meinzer as well as building security Major Kenny Bolen, Captain Barry M. Bealer, Captain Maloune, Captain Bradley, Lt. Bankston and Sgt. C. Jones are all aware that Zone (3) barrack's 15 16, 17 18 and barracks 19, 20, 21 & 22 all suffer from three (3) conditions: 1) a shortage of staff usually one female security officer is responsible for supervising 4 barrack consiting of approximately 200 inmate, 50 in each barrack. 2) Security checks are not done 99% of the times. and 3) The lighting is inappropiate because the officer don't follow policy regarding the lights esperically during the weekends, Saturdays and Sundays. The lights are off so much on a regular basics until the inmates in each barracks consider it the norm and get mad and violent when another inmate request that policy is followed regarding the lights. All of the listed ADC officals know about this problem but is doing nothing about it. I espect retaliation behind this exposure!

C. A. Winston                                    7-30-13

Inmate Signature                              Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 7-31-13 (date), and determined to be Step One and/or an Emergency Grievance NO (Yes or No). This form was forwarded to medical or mental health? NO (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Sgt. J. Madden          43739          Sgt. J. Madden          7-31-13
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates: Everything has been done within policy. Security checks are being done. lighting is appropriate. No one is retaliating against Inmate C. Winston # 84733.

RECEIVED

Sgt. J. Madden              C. A. Winston    8-6-13
Staff Signature & Date Returned    Inmate Signature & Date Received    RECEIVED

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____    NOV 19 2013
If forwarded, provide name of person receiving this form: _____

VARNER UNIT GRIEVANCE    Date    INMATE GRIEVANCE SUPERVISOR

AUG __ __    ADMINISTRATION BUILDING

AUG    3 C

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

INMATE NAME: Winston, Charles A.          ADC #: 084733D          GRIEVANCE #: VU-13-00923

### WARDEN/CENTER SUPERVISOR'S DECISION

Exhibit- G 2 of 3

In response to your grievance: Inmate Winston, you state: "this grievance is about my condition of confinement. Warden Randy Watson, Moses Jackson, and Curtis Meinzer as well as building security Major Kenny Bolen, Captain Barry M. Bealer, Captain Maloone, Captain Bradley, Lt. Bankston and Sgt. C. Jones are all aware that zone (3) barracks 15, 16, 17 18 and barracks 19, 20, 21, & 22 all suffer from three (3) conditions; 1) a shortage of staff usually one female security officer is responsible for supervising 4 barracks consisting of approximately 200 inmates, 50 in each barracks. 2) Security checks are not done 99% of the times and 3) The lightening is inappropriate because the officer don't follow policy regarding the lights especially during the weekends, Saturdays and Sundays. the lights are off so it the norm and get mad and violent when another inmate request that policy is followed regarding the lights. All of the ADC officials know about this problem but is doing nothing about it. I espect retaliation behind this exposure."

In order to more thoroughly and completely investigate an inmate's allegations PER AD: 12-16 , the inmate should write a brief statement that is specific as to the substance of the issue or complaint to include the date, place, personnel involved or witnesses, and how the policy or incident affected the inmate submitting the form.
This grievance should have been rejected due to the fact you have listed multiple and are only making vague allegations concerning the assignment of staff. If you have a specific incident, you should submit it for investigation. However, be advised that staffing issue are not done at the behest of an inmate nor will staff be assigned to positions based on their gender.

Therefore, I find this issue without merit.

| | | |
|---|---|---|
| _Winston_ | _Warden_ | 11-5-13 |
| Signature of Warden/Supervisor or Designee | Title | Date |

---

**INMATE'S APPEAL**   NOTE: I recieved this decision on 11-7-13.

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? My statement is concise and bief as I related the event that took place on 7-30-13 which is a habitual practice as reflected by the camera. One Correctional Officer (CO) is forced (required) to supervise 4 seperate barracks containing approximately 50 inmates each for a grand total of 200 inmates. And the CO the majority of the time is female. All the ADC staff named and other Jane and John Does are guilty of this practice. From 7-15-13 to 7-30-13 the camera will verify my story from there to 2 years earlier!

| C. A. Winston | 084733 | RECEIVED 11-12-13 |
|---|---|---|
| Inmate Signature | ADC# | Date |

NOV 1 9 2013

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

**INMATE NAME: Winston, Charles A.**    **ADC #: 084733**    **GRIEVANCE#:VU-13-00923**

Exhibit G 3 of 3

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You grieved on 8/6/13 that you have made Varner Unit's management staff aware of the problems that you have in zone 3 barracks, but they refuse to do anything about them.

After review of your appeal and supporting documentation, I find that you failed to follow policy by not stating a specific complaint for staff to properly address. This grievance should have been rejected at the unit level as frivolous. Therefore I will not address the merit of your appeal which is denied.

_____    11-26-13
Director                                Date

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Varner_                    Exhibit- H 1 of 3

Name _C. A. Winston_

ADC# _084733_   Brks # _20 B_   Job Assignment _BV_

FOR OFFICE USE ONLY
GRV. # _VU13-1088_
Date Received: _09-26-13_
GRV. Code #: _508_

Exhibit- H 1 of 3

_8-28-13_ (Date) STEP ONE: Informal Resolution

_9-25-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Sgt. Jones just returned this informal on 9-25-13. I pray that staff will address these issues._

_8-28-13_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _When I complained to COII Jackson about the lights being off in the living area all day she cursed me 2 or 3 times!_

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _This grievance is about the condition of my confinement. On a regular basic just like Saturday August 24, 2013 COII Owens had to supervise 4 barracks all by herself and she was not able to do not one security check due to a staff shortage (mismangement). Also the lights in the living area stayed off all day untill 6:00 PM Then today, Sunday August 25, 2013 COII Jackson she had to supervise the same four barracks 19, 20, 21 & 22 and she didn't do not one security check because she was by herself alday long. She finally cut the lights on in the living area at 4:30 PM. I had to ask her twice onee before lund and during supper to no avail. All John & Jane doe staff from Sgt. to Warden are guilty! The supervisors and administrators knows about the shortage and or mismangement of staff but refuse to follow policy regarding these conditions. 1) No security checks 2) inadequate lighting & staff shortage. This is putting my life in danger and hindering my access to the court. There is a policy governing the lights but Owens and Jackson refuse to obey the policy._

_C.A. Winston_                    _8-28-13_
Inmate Signature                    Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____  Date _8-28-13_

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _On Sunday, Aug 25, 2013 I CO² Jackson conducted security checks + the lights were turned on. When inmate Winston asked for the lights to be turned on I was busy, but I did turn them on les I do everyday._

_CO4 Jackson_ _9-21-13_                    _C.A. Winston_ _9-25-13_
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____  Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____  Date: _____

INMATE GRIEVANCE SUPERVISOR

RECEIVED SEP 26 2013

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT400

3GR

*Bos 20-08*

*Exhibit-II 2 of 2*

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Winston, Charles A.
FROM:  Cantrell, Sharon L
DATE:  09/26/2013

ADC #:  084733D
TITLE:  ADC/DCC Program Specialist
GRIEVANCE #:  VU-13-01088

*Exhibit-H 2 of 2*

Please be advised, I have received your Grievance dated 09/25/2013 on 09/26/2013 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC/DCC Program Specialist

## CHECK ONE OF THE FOLLOWING

- ○ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ▣ This Grievance has been determined to be an emergency situation, as you so indicated.

- ○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ◉ This Grievance was REJECTED because it was either non-grievable( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. Mr. May the issue in this grievance is an emergency issue and I pray you will address the issue of staff shortage, no security checks, & violation of the lights policy especially on weekends.

C.A. Winston _____  084733 _____  9-29-13 _____
Inmate Signature                      ADC #                          Date

RECEIVED

OCT 1 1 2013

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Exhibit H 3of3    Attachment VI

INMATE NAME: Winston, Charles A.    ADC #: 084733    GRIEVANCE#:VU-13-01088

Exhibit - H 3 of 3

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

You grieved on 9/25/13 that the supervisors and administrative staff know that there is a shortage of security staff and of its mismanagement, and yet staff still refuse to follow policy by not conducting security checks and not turning on the lights during the correct hours, which hinders your access to the courts.

After review of your appeal and supporting documentation, I find that you failed to follow policy. I concur with the unit's decision to reject your grievance due to untimely submission. Therefore I will not address the merit of your appeal which is denied.

_____    _____
Director                                Date    10-16-13

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center ___Varner___

Name ___C. A. Winston___

ADC# ___584733___   Brks # ___20-08___   Job Assignment ___B-U___

FOR OFFICE USE ONLY
GRV. # ___VU13-1165___
Date Received: ___10-15-13___
GRV. Code #: ___300___

___10-7-13___ (Date) STEP ONE: Informal Resolution

Exhibit~ I  1of3

___10-14-13___ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _This response given by problem solver Ma den is false. May has refused to address the staff & light issue._

___10-7-13___ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _Lack of adequate staff and lighting has created a pervasic risk of physical harm_

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On 9-24-13 I recieved a response to grievance VU-13-00921. It was about the fact that because of a staff shortage one femalse guard had to supevise 4 barraks all by herself, housing 50 inmate each. This puts the inmates as well as the guards life in danger. But chief deputy director Larry May has refused to address the issue in his response date 9-19-13, stating my appeal is without merit. Ray Hobbs, Larry May, Wendy Kelly, warden Watson, warden Jackson, warden Page, warden Banks, warden Meinzer, Major Bolen, Captain Malone, Captain Malone, Captain Bradley and Lt. Bankston as well as captain Brawer has been made aware of this situation time and time again. They are all deliberate indifferent to the risk of harm they are putting me in. Security checks are not done and the barracks are unsupervised properly leaving the lights out in violation of policy. Thus creating a hostile enviroment. There is a lack of adequate staff day and night._

Inmate Signature ___C. A. Winston___   Date ___10-7-13   10-9-13___

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on ___10-9-13___ (date), and determined to be **Step One** and/or an Emergency Grievance ___NO___ (Yes or No). This form was forwarded to medical or mental health? ___NO___ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

___Sgt. J. Madde___   ___43739___   ___Sgt J Madd___   ___10-9-13___
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _Your grievance was answered. Your appeal was answered by Mr. May without merit. The so You are addressing the same issue._

___Sgt J Madd___   ___10/14/13___   ___C. A. Winston___   ___10-14-13___
Staff Signature & Date Returned      Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: ___OCT 29 2013___
If forwarded, provide name of person receiving this form: _____   Date: _____

RECEIVED
INMATE GRIEVANCE SUPERVISOR

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Winston, Charles A.
FROM:  Cantrell, Sharon L
DATE:  10/15/2013

ADC #:  084733D
TITLE:  ADC/DCC Program Specialist
GRIEVANCE #:  VU-13-01165

*Exhibit - I 2of2*

Please be advised, I have received your Grievance dated 10/14/2013 on 10/15/2013 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

Signature of ADC/DCC Program Specialist

## CHECK ONE OF THE FOLLOWING

- C This Grievance will be addressed by the Warden/Center Supervisor or designee.
- C This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- C This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- C This Grievance has been determined to be an emergency situation, as you so indicated.
- C This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- C This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

*Note: I recieved this response on 10-17-13*

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

*Sharon L. Cantrell is attempting to avoid and did avoid dealing with the issue of a lack of adequate security. Thats why inmate Don Cook was assaulted by 4 white inmates who came from 3 other barrKks with a large metal weapon. C.A. Winston*

| *C.A. Winston* | *84733* | *10-19-13* |
| Inmate Signature | ADC # | Date |

*NOTE: Sgt. Madden returned my grievance timely and with a response and she considered my complaint timely because it was timely. Mr. May a Black man was almost Killed on 10-16-13 because one guard had to supervise all four barrack all by himself.*

RECEIVED

OCT 2 9 2013

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.          ADC #: 084733          GRIEVANCE#:VU-13-01165

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**          Exhibit-I 3of3

You grieved on 10/14/13 that you received a response from Grievance #VU-13-00921 and ADC's
administrative staff refuses to address the issue on it.

After review of your appeal and supporting documentation, I find that you failed to follow policy. I concur with
the unit's rejection of your grievance as being submitted untimely. Therefore I will not address the merit of
your appeal which is denied.

Director

Date    11-7-13

Rejected

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __Varner__

Name __C. A. Winston__

ADC# __084733__   Brks # __20-08__   Job Assignment __BU__

FOR OFFICE USE ONLY

GRV. # __VU-13-012__ 10/31/10

Date Received: __10-31-13__

GRV. Code #: __800__

Exhibit-J 1 of 3

__10-29-13__ (Date) STEP ONE: Informal Resolution

__10-30-13__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Sgt. Simpson, Sgt. Jones, Ms. Cantrell, L.D. May and all other Jane & John Doe staff lack of action is del. indef to my si uation,

__10-29-13__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: A situation (staff shortage) which is putting me at a substantial risk of physical harm is being neglected (Del. Ind.)

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 8-28-13 I submitted an emergeny gri. to a problem solver, grievance # VU-13-01088. The Sgt. didn't return with a response until 28 days later on 9-25-13.
I submitted it on 9-26-13 to the grience officer Sharon L. Cantrell and she refused to process the grievance and REJECTED it based on its alleded untimelyness, thus displaying deliberate indifference to the unconstitutional condition of under staffing.
I appealed this decison of Ms. Cantrell to chief deputy directory, Larry D. May who responded to it 10-16-13. He refused to address the merit of my complaint alledging that it was untimely and thus a failure to follow policy!
Larry D. May and all other related staff has manifested deliberate indiference to my safety and fellow inmates as well as the lone guard, who is required the impossible task, of properly supervising 4bks. housing app. 200 inmate. On the same day May denied my appeal a inmate was brutally assaulted by 3 white inmates from another bks.

__C. A. Winston__                              __10-29-13__

Inmate Signature                              Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

__C Simpson__           __89661__        __Sgt C Spsn__            __10-29-13__

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received

Describe action taken to resolve complaint, including dates: Inmate Can Not Grievance the Inmate Ratio nor the Officer Ratio

__C Simpson__      __10-30-13__              __C. A. Winston__    __10-30-13__

Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____   Date: _____

Action Taken: _____(Forwarded to Grievance Officer/Warden/Other) Date: NOV 2 0 2013

If forwarded, provide name of person receiving this form: _____   Date: _____

RECEIVED
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

VU-1 Zone R

DISTRIBUTION: YELLOW & PINK – Inmate Receipts; BLUE-Grievance Officer; ORIGINAL-Given back

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  <u>Winston, Charles A.</u>                      ADC #:  <u>084733D</u>
FROM: Thompson, Gloria D                                 TITLE:  <u>ADC Inmate Grievance Coord</u>
DATE:  <u>10/31/2013</u>                                      GRIEVANCE #:  <u>VU-13-01229</u>

Please be advised, I have received your Grievance dated <u>10/30/2013</u> on <u>10/31/2013</u> .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

*Exhibit·J2of3*

RECEIVED

NOV 2 0 2013

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

- This Grievance will be addressed by the Warden/Center Supervisor or designee.
- This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- This Grievance has been determined to be an emergency situation, as you so indicated.

- This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

- This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## • INMATE'S APPEAL •

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. I am only complaining about a serious problem that has subjected me, Timothy W. Axelson 097108, Don Cook to already being assacted and put other at risk and this very rejection shows the subjective and objective state of mind of security and administrators.

<u>C. A. Winston</u>                          <u>084733</u>                          <u>'11-8-13</u>
Inmate Signature                            ADC #                            Date

NOTE: Staff shortage need to be addressed. The very day chief deputy director Larry D. May denied my appeal 10-16-13. Inmate Don Cook was attacked by four white inmates and three (3) of them was from 3 other barracks but they sneaked past the one guard who had to supervise 4 barracks. They sneaked a 2 feet by 2 inch piece of metal into the barrack. And staff and administrators still want address the problem of staff and improper lighting on the weekends that lead to violence

IGTT405                                                                     Attachment V
3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

*Exhibit - J 3of3*

TO:  Inmate  Winston, Charles A.          ADC #:  084733D
FROM:  May, Larry D                       TITLE:  Chief Deputy Director
RE: Receipt of Grievance  VU-13-01229     DATE:  11/20/2013

Please be advised, the appeal of your grievance dated
10/30/2013
was received in my office on this date  11/20/2013

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
  - ☒ (a) Parole and/or Release matter
  - ☒ (b) Transfer
  - ☒ (c) Job Assignment unrelated to medical restriction
  - ☒ (d) Disciplinary matter
  - ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
  - ☒ (f) Involves an anticipated event
- ☒ You did not send all the proper Attachments:
  - ☒ (a) Unit Level Grievance Form (Attachment 1)
  - ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - ☒ (c) Did not give reason for disagreement in space provided for appeal
  - ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - ☒ (e) Unsanitary form(s) or documents received
  - ☒ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center ___Varner___

Name ___C. A. Winston___

ADC# __84733__  Brks # __20-08__  Job Assignment __BU__

| FOR OFFICE USE ONLY |
| --- |
| GRV. # __VU-13-01204__ |
| Date Received: __10-25-13__ |
| GRV. Code #: __500__ |

__10-19-13__ (Date) STEP ONE: Informal Resolution

_Exhibit-K 1 of 3_

__10-25-13__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __Sgt. Simpson and all parties listed have displayed deliberate indifference to my needs; safety, protect__

__10-19-13__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: __My life and my fellow inmate life as well as the single C.O. is in danger of physical harm or death daily.__

_Is this Grievance concerning Medical or Mental Health Services?_ ___ _If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __On 10-16-13 as is the norm CO II Moore had to supervise four barracks all by himself. Each barrack has approximately 50 inmates each, in them. That is 200 inmates and four doors, one male, but 90% of the time, a female officer has to supervise. I have made Captains Bealer, Maloone & Bradly; Lt. Bankston, Sgts; Owens, Madden, Thompson, Major Bolen, Warden Watson, deputy warden Moses Jackson and other Jane and John Does ADC staff aware of this problem but to no avail. Ray Hobbs is doing nothing to correct this danger. The paper trail as well as a review of the camera will reveal that barracks 15 through 22 have been supervised by one ADC security officer for over a year 97% of the time on all shifts. A B C & D. And that ADC staff have manifeted deliberate indifference to the need of adequate staff. This staff shortage and failure for staff to obey policy regarding the lights have put me at a pervasive rist to be harmed again__

__C. A. Winston__            RECEIVED __10-19-13__
Inmate Signature                                    Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form _____ WARNER UNIT GRIEVANCE _____ Date _____

__C. Simpson__            __84264__            __C. Simpson__            __10-19-13__
PRINT STAFF NAME (PROBLEM SOLVER)     ID Number     Staff Signature            Date Received

Describe action taken to resolve complaint, including date: __No response received__

__Sgt C. Simpson  10-23-13__            __C. A. Winston  10-23-13__
Staff Signature & Date Returned            Inmate Signature & Date Received  RECEIVED

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: __NOV 27 2013__
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ INMATE GRIEVANCE SUPERVISOR
                                                                            ADMINISTRATION BUILDING

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

INMATE NAME: Winston, Charles A.          ADC #: 084733D          GRIEVANCE #: VU-13-01204

WARDEN/CENTER SUPERVISOR'S DECISION    Exhibit-K 2 of 3

In response to your Grievance: you state,

On 10-16-13 as is the norm CO II Moore had to supervise four barracks all by himself. each barracks has approximate 50 inmates each in them. That is 200 inmates and four doors one male but 90% of the time a female officer has to supervise. I have made Captain Bealer, Malone & Bradly, Lt Bankston, sgts; Owens, Madden,Thompson, Major Bolden, Warden Watson, Deputy Warden Moses jackson and other Jane does ADC staff aware of this problem but to no avail. Ray Hobbs is doing nothing to correct this danger. the paper trail as well as a review of the camera will reveal that barracks 15-22 have been supervised by one ADC security officer for over a year 97% of the time on all shifts. A D C & D. And that ADC staff have manifeted deliberate indifference to the need of adequate staff this staff shortage and failure for staff to obay policy regarding the lights have put me at a pervasive rist to be harmed again.

You are not being subjected to any substantial harm of being housed in 20 barracks, officers are trained to be observent, and vigiliant of any and all danger and to call for assistance if needed. Security check are being conducted every 30 minutes, staff assignment are not at behest of inmates.

Therefore I find this issue without merit.

_____
Signature of Warden/Supervisor or Designee

_____
Title

11-14-13
Date

---

**INMATE'S APPEAL**    Note: I recieved this decison on 11-16-13

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? This statement given by warden is riffled with lies. One officer supervise all four barracks. She can't come inside the barracks because she be by herself 97% of the time.

I have withess several fights and two of them bloodie but she never knew. This wouldn't have been possible if security checks were done every 30 minutes. Review the cameras. they don't lie.

C. A. Winston
Inmate Signature

084733
ADC#

RECEIVED 1-17-13
Date

NOV 27 2013
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410                    Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.        ADC #: 084733        GRIEVANCE#:VU-13-01204

Exhibit K 3of3

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

You grieved on 10/25/13 that you have notified Varner Unit staff and ADC management about having one officer to supervise four barracks all by themselves. You believe that this is an inadequate amount of staff and a violation of policy, which places you in danger.

After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

/7M7

Director

Date    12.18.13

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _____Varner_____

Name __C. A. Winston__

ADC# __084733__  Brks # __20-08__  Job Assignment __BU__

FOR OFFICE USE ONLY

GRV. # __VU13-01366__

Date Received: __11-27-13__

GRV. Code #: __800__

__11-25-13__ (Date) STEP ONE: Informal Resolution

Exhibit-L 1 of 2

__11-26-13__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Sgt. Simon statement verify my allegations but it was meant to down play my complaint. Policy was violated

__11-26-13__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature.  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  If an Emergency, state why: When all the lights are out in the living area a person can't read or study and it creates an atmosphere conducive for violence & theft!

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): On November 16, 2013 CO II Dye, supervised barracks 19, 20, 21 and 22. The lights in the "living area" were not cut on none during her shift. The lights were not cut on until Sgt. Simpson shift. I spoke with Sgt. Simpson about the matter and told her that the lights had been off all day. I also discussed the matter with CO II B. Menshew and he cut the lights on at approximate 6:10 PM This is the habitual practice of many ADC security officers (CO) to leave the lights off all weekend long. Sgt. Simpson and CO II Menshew can and will verify my story.

RECEIVED

NOV 27 2013

C. A. Winston    VARNER UNIT GRIEVANCE 11-25-13
Inmate Signature                          Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No).  If yes, name of the person in that department receiving this form: _____ Date _____

C. Simpson          846060        Sgt Simpson         11-25-13
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number    Staff Signature      Date Received

Describe action taken to resolve complaint, including date: 20 Barracks has security lights that come on when all other lights are off. Causes the Barracks to be visual at all times.

Sgt C. Simpson 11-25-13                   C. A. Winston  11-25-13
Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

INMATE NAME: <u>Winston, Charles A.</u>          ADC #: <u>084733D</u>          GRIEVANCE #: <u>VU-13-01366</u>

WARDEN/CENTER SUPERVISOR'S DECISION   Exhibit - L 2 of 2

In your response to your grievance: you state,

On November 16,2013 COII Dye supervised barracks 19,20,21, and 22. the lights in the living area were not cut on none during her shit. The lights were not cut on until Sgt. Simpson shift. I spoke with Sgt. Simpson about the matter and told her that the lights had been off all day. I also discussed the matter with COII B. Menshew and he cut the lights on at approximate 6:10 pm This is the habitual practice of many ADC security officers (CO) to leave the lights off all weekend long. Sgt. Simpson and COII Menshew can and will verify my story.

According to staff there was enough light in the barracks coming from the dayroom lights, bathroom lights and the sunlight that security could be able the see and conduct security checks and rounds, inmates could still sit in the dayroom and do paperwork or read. However, when the next shift came in they cut the remaining lights on due to the time of day and the sun was going down.

Therefore I find this issue without merit.

| | | |
|---|---|---|
| Signature of Warden/Supervisor or Designee | Title | Date |

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

| | | |
|---|---|---|
| Inmate Signature | ADC# | Date |

IGTT410                         Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Varner_

Name _C.A. Winston_

ADC# _084733_    Brks # _20-08_    Job Assignment _BU_

FOR OFFICE USE ONLY

GRV. # _VU13-1431_

Date Received: _12-09-13_

GRV. Code #: _717_

_12-2-13_ (Date) STEP ONE: Informal Resolution

_12-8-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

Exhibit-M 1of3

If the issue was not resolved during Step One, state why: This grievance is on warden Watson for not addressing inadequate security, he needs to answ

_12-2-13_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: Section 3 barracks 19, 20, 21 & 22 are being supervised by 1 female C.O. and warden Watson is lying to cover it up, putting me in harms w

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): On 11-18-13 at approximately 2:00PM to 2:06PM an inmate stood in the hallway at the window of 19 and 21 barracks control booth and masterbated to ejaculation on CO II Jiles, and walked down to the commissary area and threw his soiled tissue into the commissary supply cart.

CO II Miss Jiles had to supervise all four barracks 19, 20, 21 & 22 all by herself that day and was busy with her count sheet and didn't see the filthy act. Because she had to work all the barracks all by herself there was never one single security check done or a walk through count, neither did a correctional officer enter 20 barrack that day. That is why two inmate were able to move inmate John Mills rack from its place to the dayroom where it sat alday and inmate Fredrick was assaulted later and it was never detected!

Thus, making warden Randy Watson response in grievance # VU-13-0022 dated 11-14-13 a fabrication of a document in violation of AR-225. There was not any every 30 minutes security checks at no time and never have been since I've lived in 20 barrack. Review the camera for that day. Review the camera and see the inmate masterbating in the hallway during count time. Where was security then?!

Inmate Signature _C.A. Winston_        Date _12-2-13_

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _12-3-13_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_L. Thomas_        _72569_        _Sgt. X.C_        _12-3-13_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature        Date Received

Describe action taken to resolve complaint, including **dates**: _Did not recieve answer go ahead to step two._

**RECEIVED**

_X.C 12-8-13_        DEC 17 2013        _C.A. Winston 12-8-13_
Staff Signature & Date Returned    INMATE GRIEVANCE SUPERVISOR    Inmate Signature & Date Received
                                    ADMINISTRATION BUILDING

This form was received on _____ (date) to continue on to Step Two. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _9 2013_ _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

_VARNER_

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

*Bks 20-08*

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Winston, Charles A.
FROM:  Cantrell, Sharon L
DATE:  12/09/2013

ADC #:  084733D
TITLE:  ADC/DCC Program Specialist
GRIEVANCE #:  VU-13-01431

*Exhibit- M 2 of3*

Please be advised, I have received your Grievance dated 12/08/2013 on 12/09/2013 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC/DCC Program Specialist

## CHECK ONE OF THE FOLLOWING

- ⊚ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ⊚ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ⊚ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ▣ This Grievance has been determined to be an emergency situation, as you so indicated.

- ⊚ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ⊚ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. This grievance is timely. From 11-18-13 to to 12-3-13 is 15 days. The Program Specialist should be concerned about the lack of adequate security & Watson's indifference to it.

_C. A. Winston_____  _084733_____  _12-10-13_____
Inmate Signature                    ADC #                    Date

RECEIVED

DEC 17 2013

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT400                    Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.        ADC #: 084733        GRIEVANCE#:VU-13-01431

Exhibit -M 3of3

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

Your appeal dated 12/8/13 was received on 12/17/13. After review of your appeal and supporting documentation, I find that you have submitted several grievances regarding the same complaint. Although I concur with the rejection of your grievance, it should have been done so as a duplicate complaint. Therefore I will not re-address this issue or address merit of your appeal which is denied.

17M7

_____        12.18.13
Director                                                    Date

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center __Varner__

Name __C.A. Winston__

ADC# __054733__  Brks # __20-05__  Job Assignment __BU__

FOR OFFICE USE ONLY

GRV. # __VU-14-00222__

Date Received: __01-06-14__

GRV. Code #: __508__

__1-4-14__ (Date) STEP ONE: Informal Resolution

__1-5-14__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: __The shift supervisors need to orientate CO I's CO II's & Sgt's they don't know policy!__

__Exhibit-N 1 of 3__

__1-4-14__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: __I'm suffering eye strain, I can't read comfortably at my rack and I'm being put in the position to be assaulted again.__

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __I have asked CO II Kayla Jiles twice after lunch to turn the lights on in the living area to no avail.__
__The date is 1-4-13 and the time was 10:35 AM. When I asked her the second time she said people are still sleeping you can use the dayroom. But the truth of the matter is the first table was occupied by two inmates playing chest and a third one looking on. The second table was being used as a "pickett", and the lighting is just as bad at that table as it is my rack.__
__According to ADC policy and ABA Criminal Justice Standards; Barracks rules #19, lights will be turned on at 4:30AM and remain on until 10:30 PM everyday. AT NO TIME WILL THE LIGHTS BE OUT, AT LEAST EVERY OTHER LIGHT IS TO REMAIN ON AT ALL TIMES. ABA states, "Correctional authorities should provide each prisoner... a sorce of natural light & light sufficient to permit reading. These guidelines are not being followed I'm suffering great mental & emotional stress. At 12:00 PM, 12:04 PM Giles refused to call a sgt to address this grievance.__
__C.A. Winston__                                    __1-4-14__

Inmate Signature                          Date

RECEIVED JAN 06 2014 HEALTH & CORRECTIONAL PROGRAMS ARKANSAS DEPARTMENT OF CORRECTION

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __1-4-14__ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

__Sgt M. Owens__  __0020__  __Sgt M. Owens__  __1-4-14__
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including **date** __On 1-4-13 at approx 10:10 AM inmate Winston asked me to turn the lights on. I told him that I was able to see, in the barracks. To make sure that the inmates were secure and that he could go in the dayroom to use the lights that were dimmed.__
__COI K. Jiles 1-4-2014__                    __C.A Winston 1-5-14__
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance _____ Date: _____
Action Taken _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

RECEIVED JAN 6 2014 VARNER UNIT GRIEVANCE

RECEIVED FEB 26 2014 INMATE GRIEVANCE SUPERVISOR ADMINISTRATION BUILDING

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE** – Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

*(right margin, rotated)* Inmate Winston Please also to use the lights in the dayroom. The table under the

3C

*BDsa 20 - 08*

IGTT410
3GS

Attachment III

INMATE NAME: <u>Winston, Charles A.</u>          ADC #: <u>084733D</u>          GRIEVANCE #: <u>VU-14-00022</u>

WARDEN/CENTER SUPERVISOR'S DECISION *Exhibit - N 2 of 3*

In response to your grievance: Inmate Winston, you state, "I have asked CO II Kayla Jiles twice after lunch to turn the lights on in the living area to no avail.
The date is 1/4/13 and the time was 10:35 am. When I asked her the second time she said people are still sleeping you can use the dayroom. But the truth of the matter is the first table was occupied by two inmates playing chest and a third one looking on. The second table was being used as a "Pickett" and the lighting is just as bad at that table as it is my rack.
According to ADC policy and ABA criminal justice standard; barracks rules #18 lights will be turned on at 4:30 am and remain on until 10:30 pm everyday. AT NO TIME WILL THE LIGHTS BE OUT, AT LEAST EVERY OTHER LIGHT IS TO REMAIN ON ATN ALL TIMES. ABA states, "Correctional authorities should provide each prisoner...a source of natural light & light sufficient to permit reading. hes guideline are no being followed I'm suffering great mental & emotional stress."

The issue of the lights being turned on and off has been addressed with staff. According to the VU Barracks and Hallway Rules: During Non-tropical hours barracks Lights will be turned on at 6:00A.M. and remain on until 10:30 P.M. every day. During tropical hours / Summer lights will be turned on at 4:30 A.M. every day and remain on until 10:30 P.M. Excluding Holidays and weekends. Holiday and weekend schedule lights will be turned on at 6:00 A.M. and remain on until 10:30 P.M.

Therefore, I find this issue resolved.

Signature of Warden/Supervisor or Designee                    Title                    *2-4-14* Date

---

**INMATE'S APPEAL** NOTE: I recieved This respone on 2-10-14 from COII Starks.

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.          ADC #: 084733          GRIEVANCE#:VU-14-00022

Exhibit - N 3 of 3

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

You grieved on 1/5/14 that on 1/4/14 at 10:35 A.M., you asked CO II Jiles twice to turn on the lights in the living area of your barracks, but to no avail. You stated that she told you that inmates were still sleeping and to use the lights in the dayroom. You believe that the ADC guidelines are not being followed.

After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

_____          3-5-2014
Director                                      Date

- 13 -

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center __Varner__

Name __C. A. Winston__

ADC# __054733__  Brks # __20-05__  Job Assignment __BU__

FOR OFFICE USE ONLY

GRV. # __VU-14-0022__

Date Received: __01-06-14__

GRV. Code #: __508__

__1-4-14__ (Date) STEP ONE:  Informal Resolution

__1-5-14__ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __The shift supervisors
need to orientate CO I's CO II's & Sgt's they don't know policy.__

__1-4-14__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature.  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt.  If an Emergency, state why: __I'm suffering eye strain, I can't read
comfortably at my rack and I'm being put in the position to be assaulted again.__

*Is this Grievance concerning Medical or Mental Health Services? _____  If yes, circle one:  medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, __date__, place, name of personnel
involved and how **you** were affected. (Please Print): __I have asked CO II Kayla
Jiles twice after lunch to turn the lights on in the living
area to no avail.
The date is 1-4-13 and the time was 10:35 AM. When I asked
her the second time she said people are still sleeping you can use
the dayroom. But the truth of the matter is the first table was
occupied by two inmates playing chest and a third one looking on. The
second table was being used as a "pickett", and the lighting is just
as bad at that table as it is my rack.
According to ADC policy and ABA Criminal Justice Standards;
Barracks rules #19, Lights will be turned on at 4:30AM and remain on until
10:30 PM everyday. AT NO TIME WILL THE LIGHTS BE OUT, AT LEAST EVERY
OTHER LIGHT IS TO REMAIN ON AT ALL TIMES. ABA states, "Correctional authorities
should provide each prisoner... a sorce of natural light & light sufficient to permit
reading. These guidelines are not being followed. I'm suffering great mental & emotional
stress. At 12:00 PM, 12:04 PM Giles refused to call a Sgt to address demands grievance.__

RECEIVED
JAN 04 2014
ARKANSAS DEPARTMENT
OF CORRECTION

__C. A. Winston__                                      __1-4-14__
Inmate Signature                                        Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __1-4-14__ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No).  If yes, name
of the person in that department receiving this form: _____ Date _____

HEALTH & CORRECTIONAL PROGRAMS

__Sgt M. Owens__        __0020__    __Sgt M. Owens__        __1-4-14__
**PRINT STAFF NAME (PROBLEM SOLVER)**  ID Number  Staff Signature      Date Received

Describe action taken to resolve complaint, including date __On 1-4-13 at approx 10:10AM inmate
Winston asked me to turn the lights on. I told him that I was able
to see in the barracks. To make sure that the inmates were secured
and that he could go in the dayroom to use the lights that are dimmed__

__CO K. Jiles  1-4-2014__                         __C. A. Winston  1-5-14__
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on ___RECEIVED___ (date), pursuant to **Step Two**.  Is it an Emergency? _____ (Yes or No).
Staff  Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: __FEB 26 2014__  Date: _____

RECEIVED
JAN 06 2014
WARNER UNIT GRIEVANCE

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

**DISTRIBUTION:  YELLOW & PINK** – Inmate Receipts; **BLUE** – Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

*Inmate Winston please to use the lights in the dayroom. The table under the*
*Inmate Winston please to use the lights in the dayroom. The table under the*

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Varner_    Exhibit O 1 of 3    RECEIVED

Name _C. A. Winston_

ADC# _084733_    Brks # _20-08_    Job Assignment _BU 2014_

| FOR OFFICE USE ONLY |
|---|
| GRV. # VU-14-00262 |
| Date Received: 3-1-14 |
| GRV. Code #: 588 |

_2-22-14_ (Date) STEP ONE: Informal Resolution

_2-25-14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Policy regarding the lights are still not being followed as reflected by the Captain response

_2-22-14_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: When I have to ask staff every weekend to cut the lights on after lunch, my fellow inmates get fighting mad at me!

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): On 2-10-14 I recieved a response to grievance VU-14-0022 dated 2-9-14 from warden Watson regarding the time the lights are to be turned on. Watson stated in his response and I quote "The issue of the lights being turned on and off has been addressed with staff."
This statement is a fabrication or staff refuse to obey the alledged instructions issued by Warden Randy Watson or who ever it was that signed this grievance. I can't read the signature.
When I came back from lunch today, 2-22-14 at 10:23 AM the lights were not own. I asked the officer on the door C.O. II Williams to cut them on and he didn't. Ten minutes later sgt. Strain comes to the barrack to do a barrack check and I complain to her about the lights and show her that the response the warden Watson gave in grievance VU-14-0022 was not being honored or a fabrication. He has falsified a document in violation of AR 225 and I request his termination. He is putting my life in danger.

_C. A. Winston_                    _2-22-14_
Inmate Signature                    Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _2-23-14_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Sgt. A. White_    _63885_    _sgt A White_    _2-23-14_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates: _It is not Inmate Winston 84733 concern to the barrack lighting. If staff is able to maintain a safe & secure environment with the lighting provided in the barrack which it appears due to no report of incident in the barrack._

_Sgt Strain_    _2/23/14_    _C. A. Winston_    _2-24-14_
Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other). Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**–Given back to Inmate After Completion of Step One and Step Two.

IGTT410
3GS

Exhibit- 2 of 3                Attachment III

INMATE NAME: Winston, Charles A.        ADC #: 084733D        GRIEVANCE #: VU-14-00262

## WARDEN/CENTER SUPERVISOR'S DECISION    Exhibit - O 2of3

In response to your grievance: Inmate Charles Winston, you state, On 2-10-14 I received a response to grievane VU-14-0022 date 2-4-14 from Warden Watson regarding the time the lights are to be turned on. Watson stated in his response and I quote: "The issue of the lights being turned on and off has been addressed with staff." This statement is a fabrication or staff refuse to obey the alleged instructions issued by Warden Randy Watson or who ever it was that signed this grievance. I can't read the signature. When I came back from lunch today, 2-22-14 at 10:23 am the lights were not own. I asked the officer on the door COII Williams to cut them on and he didn't. Ten minutes later Sgt. Strain comes to the barrack to do a barrack check and I complain to her about the lights and show her that the response the Warden Watson gave in grievance VU-14-0022 was not being honored or a Fabrication. He has falsified a document in violation of AR 225 and I request his termination. He is putting my life in danger."

CO2 Williams advises that he turned on the lights.

According to VU Barracks and Hallway Rules: During Non-tropical hours barracks lights will be turned on at 6:00a.m. and remain on until 10:30p.m. every day. During tropical hours/Summer lights will be turned on at 4:30a.m. every day and remain on until 10:30p.m. Excluding holidays and weekends. Holiday and weekend schedule lights will be turned on at 6:00a.m. and remain on until 10:30p.m.

Therefore, I find this issue without merit.

for R WATSon by DWM
Signature of Warden/Supervisor or Designee

Deputy WArden
Title

27 MAN 14
Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Will you please address the issue, of the fact that; on 2-22-14 after lunch the lights are still out, which means the message was either never sent or never obeyed.

RECEIVED

APR 08 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

C. A. Winston
Inmate Signature

084733
ADC#

3-31-14
Date

IGTT430
3GD

Exhibit-O 3 of 3

Attachment VI

INMATE NAME: Winston, Charles A.        ADC #: 084733        GRIEVANCE#:VU-14-00262

Exhibit-O 3 of 3

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

You grieved on 2/25/14 that Warden Watson is in violation of ADC policy due to fabrication or falsifying documentation. You stated that you received a response to grievance #VU-14-00022 on 2/10/14 with a response from Warden Watson regarding the issue with the lights being turned on and off. You stated that the response from the Warden stated that "the issue has been addressed with staff", but you believe this to be untrue. You said that on 2/22/14 at 10:23 A.M., the lights were not on. You stated that you informed CO-II Williams to turn them on, but to no avail. You then stated that you informed Sgt. Strain and showed her the response you had received from the Warden, but she ignored it.

After review of your appeal and supporting documentation, I find CO-II Williams stated that on 2/22/14, he turned the lights on. Therefore I find your appeal without merit.

Appeal denied.

Director                                    Date   4-9-2014

IGTT430                          Page 1 of 1

## UNIT LEVEL GRIEVANCE FORM (Attachment I)    rejected    (white)

**Unit/Center** _Varner_

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # VU-14-00251 |
| | Date Received: 2/20/14 |
| | GRV. Code #: 508 |

**Name** _C. A. Winston_

**ADC#** _084733_   **Brks #** _20-06_   **Job Assignment** _BU_

_2-6-14_ (Date) STEP ONE: Informal Resolution

_2-15-14_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _CO 11 John Roberts_
_Action were not denied nor my complaint but still 1 guard super. 200_

_2-6-14_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I and all other inmates are being put in harms ways by this perpetual indifference to my safety_

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On the approximate day of 1-27-14_
_a caucasin inmate fail out in the bathroom he had a seizure, An_
_African Inmate (Quincy Meredith) ran to the door and beat on_
_it for help. He beat on the door for approximately 15 minutes_
_but 20 barrack security officer COII John Roberts was in 19_
_2nd 21 barrack control booth with the door closed._
_Sgt. Owew was standing at barracks 15-18 and heard_
_the loud long beating on the door and ran down to investigate,_
_COII John Roberts had still not came out of the control booth to_
_investigate._
_One officer can not propery supervise 4 barrack all by him_
_or herself. Just today an inmate was brutally assaulted It_
_needs to be an officer in each control booth. Major K. Bolen,_
_Wardens: Randy Watson, Jeremy Andrews and Moses Jackson Knows_
_about this staff shortage and the danger but fail to address it._

_C. A. Winston_                    _2-6-14_
**Inmate Signature**                **Date**

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _02-10-2014_ (date), and determined to be Step One and/or an Emergency Grievance
_one_ (Yes or No). This form was forwarded to medical or mental health? _NO_ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

_Sgt. R. Curtis_        _84406_        _Sgt. R. Curtis_        _02-10-14_
**PRINT STAFF NAME (PROBLEM SOLVER)**   **ID Number**   **Staff Signature**   **Date Received**

Describe action taken to resolve complaint, including dates: _here is cno upwr in_
_On this shift name John Houston within I came_
_down there the inmate L. was in his bed + placed the_
_inmate did need medical attention and he stated he_

_Sgt. R. Curtis_ RECEIVED _2-15-2014_       _C. A. Winston_ _84733_ _2-15-14_
**Staff Signature & Date Returned**          **Inmate Signature & Date Received**

This form was received on _FEB 2_ (date) pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____ RECEIVED
Action Taken: _____ (Forwarded Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _MAR 05 2014_

VARNER UNIT GRIEVANCE

-----------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.    INMATE GRIEVANCE SUPERVISOR ADMINISTRATION BUILDING

Exhibit-P 1 of 3

3C

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Winston, Charles A.      ADC #:  084733D
FROM:  Jackson, Lucretia R        TITLE:  ADC Inmate Grievance Coord
DATE:  02/20/2014             GRIEVANCE #:  VU-14-00221

Please be advised, I have received your Grievance dated 02/06/2014 on 02/20/2014 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_Lucretia Jackson_         Exhibit-P 2of3
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ☺ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ☺ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ☺ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☒ This Grievance has been determined to be an emergency situation, as you so indicated.
- ☺ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ☺ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. This grievance was filed timely. Even if it wasn't the seriousness of the issue should have over rode all else. But it is timely and staff shortage is putting my life in danger C.A. Winston

_C.A. Winston_     084733     2-21-14
Inmate Signature        ADC #        Date

NOTE: Will you please address the issue of one Correctional Officer supervising four barracks contain approximately 50 inmates each. It promote blood shed on a regular basics

RECEIVED

MAR 0 5 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION

IGTT400          Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.          ADC #: 084733          GRIEVANCE#:VU-14-00221

Exhibit-P 3of3

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

You grieved on 2/6/14 that a Caucasian inmate fell out in the bathroom from a seizure. You stated that a Black inmate ran to the door and starting beating to get help. You stated that the inmate beat on the door for fifteen (15) minutes, but your barrack's security (CO II John Roberts) was in 19 and 21 Barracks Control Booth with the door closed. You stated that Sgt. Owens was standing at 15-18 Brks and heard the loud beating and came down to investigate. You believe that one officer cannot properly supervise four barracks all by themselves and that security staff is aware of the situation, but refuse to do anything about it.

After review of your appeal and supporting documentation, I find that I concur with the unit's decision to reject your grievance as untimely. Therefore I will not address the merit of your appeal which is denied.

_____     3-10-2014
Director                       Date

IGTT430                    Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center ___Varner___                    Exhibit-Q

Name __C. A. Winston__

ADC# __084733__  Brks # __15-16__  Job Assignment __RAI Program__

<table>
<tr><td></td><td>FOR OFFICE USE ONLY</td></tr>
<tr><td></td><td>GRV. #_____</td></tr>
<tr><td></td><td>Date Received:_____</td></tr>
<tr><td></td><td>GRV. Code #:_____</td></tr>
</table>

__8-10-14__(Date) STEP ONE: Informal Resolution

Exhibit-Q

__8-13-14__(Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: As reflected by CO II
Haynes response she did have "all" lights off in living area

__8-10-14__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: When correctional officials don't obey the policy governing the lights it create a violent enviroment like in the past.

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, __date__, place, name of personnel involved and how __you__ were affected. (Please Print): The lights have been off in the barrack all-day today on 8-10-14 in the living area. Not one row of lights was on. Then at 6:30 PM I asked CO II S. Haynes to cut them on and she cut just one row of lights on in the living area. Then at approximately 7:00 PM she cut that one row of lights out, I go and inform her that I was using that light and she said that an inmate is getting ready to go to bed and told me to go in the dayroom. I then asked her for her name and she gladly gave it to me and told me to write it good. CO II Haynes is in gross violation of policy. It is obvious that she doesn't know policy or is displaying contempt for it. The policy states that at no time are the lights suppose to be off in the living area completely, at least every other light is suppose to be on.

__C.A. Winston__                          __8-10-14__
Inmate Signature                          Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

__SGT. McCRIMMON__  __67674__  __SGT M. [illegible]__  __8-10-14__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including date: Inmate winston was asked to proceed to the dayroom to work on his paperwork, where there was more lighting in the barracks, he refused and made a big fuss. I CO II Haynes also have no knowledge about the lighting at all in the dayroom being off all day. C.A. Winston 084733 8-13-14

Staff Signature & Date Returned __barrack__        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____  Date: _____

--------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center ___Varner___

Name __C.A. Winston__      Exhibit-R

ADC# __084733__ Brks # __15-10__ Job Assignment __PAL PROGRAM__

| FOR OFFICE USE ONLY |
|---|
| GRV. #_____ |
| Date Received: _____ |
| GRV. Code #: _____ |

8-10-14 (Date) STEP ONE: Informal Resolution

Exhibit-R

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why:_____
_____

8-10-14 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: Sgt. McCrimmon only esculated the
situation and left the lights off

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel
involved and how **you** were affected. (Please Print): At exactly 10:00 PM I had to
convience and plead with Sgt. McCrimmon to let me out the door
to talk to him privately about the grievance I wrote of C.O. II S.
Haynes for having all the lights off in the ▮▮▮▮ ▮▮▮ living area.
He finally let me out of the door I explain the situation to
him about how all the lights in the living area have been out since
6:00AM this morning to 6:30PM when I asked her to cut them on and
then she cut them back out at 9:00PM, thus prompting me to write
the grievance in question.
       I told him look in the living area, see all the lights are out and
I asked him was he going to do anything about it and he said he would
see about it and left the lights OUT.
       It is now 10:25 PM and the lights are still out Sgt. McCrim-
mon is allowing C.O.II S.Haynes to violate policy.

___C.A. Winston___                          ___08-10-14___
Inmate Signature                                    Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __8-14-14__ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

__Sgt. A. White__        __63885__     __a White__        __8-14-14__
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature        Date Received

Describe action taken to resolve complaint, including date: On the date + time above
Inmate was told to use the dayroom lights which was on
at this time. All lights was not out in living area. End of statement.

__SGT. McCrimmon__    __8-15-14__     __C.A. Winston__    __8-15-14__
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance:_____ Date:_____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

-----------------------------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center __Varner__

Name __C.A. Winston__          Exhibit- S 1 of 3

ADC# __084733__    Brks # __15-10__    Job Assignment __PAL PROGRAM__

FOR OFFICE USE ONLY

GRV. # __VU-14 1122__

Date Received: __8/18/14__

GRV. Code #: __803__

__8-17-14__ (Date) STEP ONE: Informal Resolution

__8-18-14__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

Exhibit - S 1 of 3

If the issue was not resolved during Step One, state why: COII Trotter told Sgt. Waley that the reason she had the lights off is because no1 told her to turn them

__8-17-14__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: COII TROTTER is creating a sub stantial risk of physical harm coming to me if I request the lights be turned on

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): It is 4:00 PM and my barracks have been back from lunch for over 30 minutes and COII Trotter has not cut the lights on in the living area in violation of policy. Supper was at 2:00 PM and lights are still out.

Every light in the living area is off. It shouldn't have to be my job to ask COII. Trotter to cut the lights on. According to policy they should already be on. When an inmate have to ask a Correctional Officer to cut on the lights that causes frictions between him and other inmates which can lead to violence. I speak from experience

Inmate Signature __C.A. Winston__          Date __8-17-14__

RECEIVED
SEP 10 2014
INMATE GRIEVANCE
ADMINISTRATIVE

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). It was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER) __Terence Wheley__  ID Number __33664__  Staff Signature __Clarence T Wheley__  Date Received __8/17/2014__

Describe action taken to resolve complaint, including dates: Officer Trotter did not have her lights on but I Sgt. T. Wholey counseled with her and she assured this would not happen again

Staff Signature & Date Returned __Clarence T Wholey__   Inmate Signature & Date Received __C.A. Winston 8-17-14__

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

-------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT410
3GS

BK 15/0010

Attachment III

INMATE NAME: Winston, Charles A.        ADC #: 084733D        GRIEVANCE #: VU-14-01122

WARDEN/CENTER SUPERVISOR'S DECISION    Exhibit-S 2 of 2

In response to your Grievance: you state "It is 4:00 pm and my barracks have been back from lunch for over 30 minutes and COII Trotter has not cut the lights on in the living area in violation of policy. Supper was at 2:00 pm and lights are still out. Every light in the living area is off. It shouldn't have to be my job to ask COII Trotter to cut the lights on. According to policy they should already be on. When an inmate have to ask a Correctional Officer to cut on the lights that causes fritions between him and other inmates which can lead to violence. I speak from experience."

Officer has been properly counseled about this issue.

Therefore I find this issue with Merit but resolved.

Signature of Warden/Supervisor or Designee _____    Title _Dho_    Date _8-29-14_

RECEIVED

**INMATE'S APPEAL**

SEP 1 0 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? This issue is still not resolved because for the past three days.; Saturday August 30,2014, Sunday August 31, 2014 and Monday September 1, 2014 the lights were not on according to policy in the living area. This is already an issue in the Claims Commission but the ADC still want clean up it's act!

Inmate Signature _C.A. Winston_    ADC# _084733_    Date _09-03-14_

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.        ADC #: 084733        GRIEVANCE#:VU-14-01122

Exhibit- S 3 of 3

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You grieved on 8/17/14 that it was after 4 P.M. and CO-II Trotter still has not turned on the lights in the living area. You believe this to be a violation of policy because she should have already been turned on.

After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

_____        9-17-2014
Director                              Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center __Varner__

Name __C. A. Winston__                    Exhibit- T 1 of 3

ADC# __084733__  Brks # __15-10__  Job Assignment __PAL PROGRAM__

FOR OFFICE USE ONLY
White
GRV. # __VU-14-01164__
Date Received: __8/29/14__
GRV. Code #: __803__

__8-24-14__ (Date) STEP ONE: Informal Resolution

__8-28-14__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
    If the issue was not resolved during Step One, state why: __Because Sgt. McCrimmon is continuing to lie. A stress test is needed or interview COII Hanes (Hanes)__

__Exhibit- T 1 of 3__

__5-22-14__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: __A Sgt. who falsify document is not fit material for an ADC employee. He is counter to rehabilitation promotes Violence!__

*Is this Grievance concerning Medical or Mental Health Services?* ____ *If yes, circle one:  medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and **how you** were affected. (Please Print): __On 8-23-14 I submitted a grievance to Sgt. White on Sgt. McCrimmon for falsifying a response to a grievance I wrote on him on 08-15-14.__
__'Sgt. McCrimmon has "again" falsified a document in violation of AR 225. On the grievance respond dated 8.23-14 sgt. McCrimmon wrote the following statement:" As I told inmate Winston the lights were on and COII Hanes told inmate he could see by the lights which were left on."__
__'This statement is a double lie! I was told by COII Hanes to go to the dayroom as related by her response to the grievance I wrote on her date 8-10-14 and problem solved by Sgt. McCrimmon I submitt a copy of it with this grievance for McCrimmon review so that he may give a more accurate response.__
__To prove that Sgt. McCrimmon is lying just ask Ms. Hanes or give him and I a stress test which I will demand until I get one from Ms. Cindy Carrington of internal affairs.__

__C.A. Winston__                         __08-24-14__

Inmate Signature                         Date

__RECEIVED SEP 10 2014__
WARDEN'S SUPERVISOR
ADMINISTRATION BUILDING

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __8-25-14__ (date), and determined to be **Step One** and/or an Emergency Grievance ____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

__A. White__              __163885__       __A. White__              __8-25-14__
**PRINT STAFF NAME (PROBLEM SOLVER)**  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including dates: __Statement still stand as I had__

RECEIVED

__SGT. McCrimmon AUG 29 2014 8-29-14__          __C.A. Winston__        __8-28-14__
Staff Signature & Date Returned               Inmate Signature & Date Received

__VARNER UNIT GRIEVANCE__

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No).
Staff Who Investigated/Problem Solved: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

-----------------------------------------------------------------------

**DISTRIBUTION:  YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Winston, Charles A.
FROM:  Davison, Tivvone F
DATE:  08/29/2014

ADC #:  084733D  Exhibit-T 2 of 2
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  VU-14-01164

Please be advised, I have received your Grievance dated 08/24/2014 on 08/29/2014 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_Tivvone F Davison_

Signature of ADC Inmate Grievance Coord

RECEIVED

SEP 1 0 2014

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

## CHECK ONE OF THE FOLLOWING

- ◦ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ◦ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ◦ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☐ This Grievance has been determined to be an emergency situation, as you so indicated.

- ◦ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ⊙ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

of grievance
VU-14-01152

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. This is not a duplicate. This is a grievance about another lie Sgt. McCrimmon told to cover up his first lie. Grievance Coordinator Tivone F. Davidson should have allowed the warden to address this grievance. Her act is criminal.

_C.A. Winston_                    084733                    9-01-14
Inmate Signature                ADC #                    Date

IGTT400                      Page 1 of 1

IGTT430
3GD

Attachment VI

**INMATE NAME: Winston, Charles A.**          **ADC #: 084733**          **GRIEVANCE#:VU-14-01164**

Exhibit - T 3 of 3

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

You grieved on 8/24/14 that you submitted a grievance to Sgt. White against Sgt. McCrimmon on 8/23/14 for falsifying a response on a grievance dated 8/15/14. You stated that Sgt. McCrimmon is in violation of AR 225.

After review of your appeal and supporting documentation, I find that I concur with the unit's rejection of your grievance as a duplicate complaint. Therefore I will not address the merit of your appeal which is denied.

_____          9-16-2014
Director                                          Date

IGTT430                          Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center ___Varner___                                  White

Name __C. A. Winston__          Exhibit-U 1 of 4          RECEIVED

FOR OFFICE USE ONLY

ADC # __084733__  Brks # 15-10  Job Assignment PR Program   MAR 20 2015

GRV. # __VUG-14-1401__

Date Received: __10/16/14__

GRV. Code #: ___350___

__10-9-14__ (Date) STEP ONE: Informal Resolution  INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

__10-13-14__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: As my disciplinary record
will reflect this isn't an isolated incident by correctional officers!   Exhibit-U 1 of 4

__10-9-14__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: I was threaten to day told: I'm
going to fuck you up!" by fellow inmate because of the lights.

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel
involved and how **you** were affected. (Please Print): I have been threaten for the
second time about me having to ask a correctional officer
to turn the lights on over my rack, at 8.15 PM when I
had to ask CO II Jackson for the third time to cut
the lights on over my rack!
     The problem was caused by CO II Luckett who have
the habit of cutting most of the lights out in the living
area before she leaves at shift change, because the (a)
fellow inmate asked here To cut them off!
     CO II Luckett is putting my life in danger when I
have to ask her to cut the lights on when they should al-
ready be on.
     The same inmate that threaten me, is the same one that
CO II Jiles witness assault a handicapped inmate and she reported it to   3 A
Captain Bradley.

____C. A. Winston____                    __10-9-14__
Inmate Signature                          Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____. (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

__Sgt. M. Davy__        __87212__      __Sgt. M. Davy__        __10-9-16__
PRINT STAFF NAME (PROBLEM-SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including date: I Sgt M. Davenport cancelled
with C.O.2 Luckett abouts the lights, at inmate C.A. Winston's
request. But inmate, C.A. Winston refused to confront with inmate
was threathening him in bul of statemen
Sgt. M. Davy      10-9-14

_____          _____
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----------------------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

MAR 20 2015

RECEIVED

MAR 2 0 2015

IGTT410                                                                                           Attachment III
3GS                                         **INMATE GRIEVANCE SUPERVISOR**

                                            ADMINISTRATION BUILDING
INMATE NAME:  Winston, Charles A.        ADC #:  084733D      GRIEVANCE #:  VU-14-01401

               WARDEN/CENTER SUPERVISOR'S DECISION  Exhibit-U 2 of 4

In response to your grievance, Inmate Winston, you state; " I have been threaten for the second
time about me having to ask a correctional officer to ask CO II Jackson for the third time to cut the
lights on over my rack. The problem was caused by CO II Luckett who have the habit of cutting
most of the light out in the living area before she leaves at shift change because the (? Fellow
inmate asked here to cut them off. CO II Luckett is putting my life in danger when I have to ask her
to cut the lights on when they should already be on. The same inmate that threaten me, is the
same on that CO II Jiles witness assault a handicapped inmate and she reported it to Captain
Bradley."

According to AD: 14-16 you have failed to provide specific details that is specific as to the substance
of the issue or complaint to include the date, place, personnel involved or witnesses, and how the
policy or incident affected the inmate submitting the form. In order for a meaningful and thorough
investigation specific details are required. You are simply making allegations concerning inmates
threatening you.

Sgt M Powell counseled with you and Inmate Winston stated; "the inmates in 15 brks got mad with
Inmate Winston when he ask to turn the lights on to see his paperwork". CO II Powell states she
turn lights on at 4:30 am and turn them off at 10 pm. On 2-12-15 Inmate Winston wrote a witness
statement stating, "He has no problem with the inmates in his barrack and he does not fear for his
life."

Therefore, I find this issue without merit.

_____           _____          2-13-15
Signature of Warden/Supervisor or Designee     Title                      Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by
filling in the information requested below and mailing it to the appropriate Chief
Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are
appealing the decision to the original grievance. Do not list additional issues, which are not part of your
original grievance as they will not be addressed. Your appeal statement is limited to what you write in
the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?  My main concern is that
the root problem be addressed which would
elimate the problem of the threats. Which

security need to obey the policy governing the lights. Warden Watson didn't address this issue!

_C.A. Winston_                    _084733_           _2-19-15_
**Inmate Signature**                  ADC#                Date

Exhibit-U 3 of 4

**RECEIVED**

MAR 2 0 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.        ADC #: 084733        GRIEVANCE#:VU-14-01401

*Exhibit - U 4 of 4*

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You grieved on 10/9/14 that you have been threatened by inmates for having to ask officers to turn on the lights over your rack. You stated that the problem was caused by CO-II Luckett who has a habit of turning off most of the lights in the living area before she leaves her shift because inmates ask her to turn them off. You believe that CO-II Luckett is putting your life in danger when you have to ask her to turn the lights on.

After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

_____        3-27-15
Director                                                 Date

IGTT430                                 Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center ___Verner___

Name __C. A. Winston__         Exhibit - V 1 of 3

ADC# __054733__  Brks # __15-10__  Job Assignment __Pal Program__

FOR OFFICE USE ONLY
GRV # __VU-14-1559__
Date Received: __11-21-14__
GRV. Code #: _____

11-12-14 (Date) STEP ONE: Informal Resolution

Exhibit - V 1 of 3

11-17-14 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: This response by a Sgt.
C. Simpson is a fabrication, review the camera

11-12-14 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: My life is being put in harms way.
One C.O. is having to supervise 4 barracks all by hisself.

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one; medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): One officer CO T. Clay was

ordered to supervise four barracks; 15, 16, 18 an 17 all by him-

self by Sgt. Simpson. There has been no security checks

or other security measures This is a habitual practice of Sgt.

Simpson. All you have to do is review the camera from 6:00PM

to 12:30 AM and you will see that one officer is forced to

supervise four (4) barracks all by himelf thus putting my life in

grave danger. I expect retaliation for reporting this crime.

C.A. Winston                                11-12-14
Inmate Signature                           Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____  Date 11-12-14

C. Simpson                      84604          Sgt Spee
**PRINT STAFF NAME** (PROBLEM SOLVER)  ID Number   Staff Signature          Date Received

Describe action taken to resolve complaint, including dates _Road Davely check the conduct_

every 15 min,

Sgt C Spee        11-17-14        C.A. Winston    11-07-14
Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____ RECEIVED

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: JAN 7 8 2015

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

INMATE NAME: <u>Winston, Charles A.</u>      ADC #: <u>084733D</u>      GRIEVANCE #: <u>VU-14-01559</u>

WARDEN/CENTER SUPERVISOR'S DECISION  Exhibit V-2 of 3

In response to your grievance, Inmate winston, you state; "One officer CO I T Clay was order to supervise four barracks; 15, 16, 18, and 17 all by himself by Sgt Simpson. There has been no security checks or other security measures. This is a habitual practice of Sgt Simpson. All you have to do is review the camera from 6:00 pm to 12:30 am and you will see that one officer is forced to supervise four (4) barracks all by himself thus putting my life in grave danger. I espect retaliation for reporting this crime."

Per Major Bolden there is suppose to be one officer on post for 15-18 barracks. Therefore, I find this issue without merit.

_____          _____          _____
Signature of Warden/Supervisor or Designee          Title  Warden          Date  12-23-14

INMATE'S APPEAL NOTE: I recieved this response on 1-5-15

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? According to warden Randy Watson Response. Major Bolden said that one fimale officer supervising four barracks housing approximately 50 inmate each is adequate security. I disagree with that. It has led to multiple assault on inmates including my own.

_____          _____          _____
C. A. Winston                      084733              1-7-15
Inmate Signature                   ADC#                Date

RECEIVED

JAN 13 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.          ADC #: 084733          GRIEVANCE#:VU-14-01559

Exhibit - V 3 of 3

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You grieved on 11/12/14 that Ofc. T. Clay was ordered to supervise four different barracks by Sgt. Simpson, placing this officer's life in grave danger. You stated that this is a habitual practice by Sgt. Simpson.

After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

_____          1-22-15
Director                               Date

## UNIT LEVEL GRIEVANCE FORM

**Attachment I**

Unit/Center __Varner__

Name __C.A. Winston__          Exhibit - W

ADC# __084733__   Brks # __21-22__   Job Assignment __BU__

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

__5-8-15__ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: __5-8-15__ _____ (Date)

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: __The continual violation of policy by CO II Thompson is creating a hostile environment__

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, and place, name of personnel involved and how **you** were affected. (Please Print):

__I spoke with warden Inmon on Wednesday about staff violating the policy regarding the lights, which create an expectency by the majority of the inmates for the lights to be off and when an inmate (I) need the lights and I have to request them be out on. My fellow inmates got mad at me. I explained to COII Thompson about an I talk with the warden but she kept the lights out in 15 brks living area in violation of policy. This is creating a violent environment.__

__C.A. Winston__ _____   __5-8-15__
Inmate Signature                              Date

*If you are harmed/threaten because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on __5/9/15__ (date), and determined to be **Step One** and/or an **Emergency** Grievance ___ (Yes or ⓃⓄ) This form was forwarded to medical or mental health? (Yes or ⓃⓄ) If yes, name of the person in that department receiving this form: _____   Date _____

__Sgt Duncan__         __81299__      __Sgt Duncan__      __5/8/15__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates:
__On May 8, 2015 at approx. 11:13 p.m. Treatment call was made for stings. At this time Inmate Winston #084733 told me about a talk he had with the Warden. I simply said "ok", however my post orders say lights out at 10:30 p.m. End of statement__ __Kelsey Thompson May 8, 2015__   __C.A. Winston 5-9__
Print and Sign Staff Name & Date Returned        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ___ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM**                     **Attachment I**

Unit/Center _Varner_

Name _C.A. Winston_          Exhibit-X 1 of 3

ADC# _084733_   Brks # _21-22_   Job Assignment _BU_

| FOR OFFICE USE ONLY |
|---|
| GRV. # _VU15-951_ |
| Date Received: _05-19-15_ |
| GRV. Code #: _508_ |

_5-17-15_ (Date) STEP ONE: Informal Resolution

_5-18-15_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state

why: _Sgt. Ninyo admitts I spoke the truth but did nothing to correct the same problem a_
_5-17-15_              (Date)

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a
serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will
sign the attached emergency receipt. If an Emergency, state why: _Security staff puts me in harms-way when I have_
_to request them to cut the lights on. This is confidential_

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, and place, name of
personnel involved and how **you** were affected. (Please Print):

_On 5-16-2015 Cp II Brown supervising 15-18 and COII Hawkins_
_supervising 19-22 had the living area in total darkness. Not one_
_light was on.   This is a gross violation of policy and it creates an en-_
_vironment conducive for violents because when I have to ask staff_
_to cut the lights on my fellow inmates get mad, fighting mad._

_C.A. Winston_                          _5-17-15_
Inmate Signature                          Date

_If you are harmed/threaten because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency
Grievance ___ (Yes or No). This form was forwarded to medical or mental health? (Yes or No). If yes, name
of the person in that department receiving this form: _____

_Sgt. R. Ninyo_           _6557_    _Sgt. R. Ninyo_     _5-17-15_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates:
_When this was brut to their atten they cut on all_
_the lights 15-22.  Sgt. R. Ninyo_

_C.A. Winston   5-17-15_

Print and Sign Staff Name & Date Returned      Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? __ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given
back to Inmate after Completion of Step One and Step Two.

RECEIVED
MAY 1 9 2015
VARNER UNIT GRIEVANCE

RECEIVED
JUL 0 2 2015
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

3A

IGTT410
3GS

*Bks 21-22*

Attachment III

INMATE NAME: <u>Winston, Charles A.</u>　　　ADC #: <u>084733D</u>　　　GRIEVANCE #: <u>VU-15-00951</u>

WARDEN/CENTER SUPERVISOR'S DECISION    *Exhibit X 2 of 3*

Inmate Winston, you state: On 5-16-2015 COII Brown supervising 15-18 and COII Hawkins supervising 19-22 had the living area in total darkness. Not one light was on. This is a gross violation of policy and it creates an environment for violents because when I have to ask staff to cut the lights on my fellow inmates get mad, fighting mad.

After investigation of your complaint, I find that staff did not turn the lights on and off at the proper time. However, there is no evidence that you were involved in any violent activities on 05/16/2015. Staff has been advised to ensure that the correct times for lights off and on are adhered to.

Therefore, I find this issue resolved.

_____　　　_____　　　_____
Signature of Warden/Supervisor or Designee　　　Title　　　Date
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　6-17-15

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? At the Cummins and the East Ark. Rea. Units the lights are always cut on and off like clock work. An inmate has never ever had to ask an officer to cut the lights on. What is the problem with this Unit. They don't take the policy seriously even though my blood has already been shed once because I asked for the lights to be cut on. The CO I's II's and Sgt.s don't take the policy seriously. My radio & head phones were destroyed about the lights CA Winston

_____　　　_____　　　_____
Inmate Signature　　　ADC#　　　Date
CA Winston　　　　084733　　　6-20-15

RECEIVED

JUL 02 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410　　　　　　　　　　Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.        ADC #: 084733        GRIEVANCE#:VU-15-00951

Exhibit - X 3 of 3

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 5/17/15, you wrote the following complaint: "On 5-16-2015 COII Brown supervising 15-18 and COII Hawkins supervising 19-22 had the living area in total darkness. Not one light was on. This is a gross violation of policy and it creates an environment for violents because when I have to ask staff to cut the lights on my fellow inmates get mad, fighting mad."

The Warden responded on 6/16/15 by stating the following: "After investigation of your complaint, I find that staff did not turn the lights on and off at the proper time. However, there is no evidence that you were involved in any violent activities on 05/16/2015. Staff has been advised to ensure that the correct times for lights off and on are adhered to. Therefore, I find this issue resolved."

Your appeal was received on 7/2/15. After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Therefore, your appeal is without merit.

Appeal denied.

_____        7-8-15
Director                                Date

## UNIT LEVEL GRIEVANCE FORM    COFIDENTAL !    **Attachment I**

Unit/Center **Varner**

Name **C.A. Winston**    Exhibit-Y 1of3

ADC# **DS4733**    Brks # **2122**    Job Assignment **BU**

FOR OFFICE USE ONLY
GRV. # **VU15-988**
Date Received **05-26-15**
GRV. Code #: **800**

**5-24-15** (Date) STEP ONE: Informal Resolution

**5-24-15** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state

why: **Captain Williams consistantly violate the policy regarding the lights & her subornates foll**

**5-24-15** (Date)

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: **I am being put in harms way because I have to ask staff to cut on lights at 9:40 AM**

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, and place, name of personnel involved and how **you** were affected. (Please Print):

**It is 9:40 AM and I attempted to ask Captain Williams to have the lights cut on in the barrack and she refused to talk to me about the matter stating "I'm feeding chow I aint got time to deal with you" The lights are suppose to be on according to policy but is not.**

**C.A. Winston**                               **5-24-15**

Inmate Signature                               Date

*If you are harmed/threaten because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on **5-24-15** (date), and determined to be **Step One** and/or an Emergency Grievance **NO** (Yes or No). This form was forwarded to medical or mental health? (Yes or ~~No~~). If yes, name of the person in that department receiving this form:                               Date

**Sgt. J. Madden**    **48739**    **Sgt J Madden**    **5-24-15**

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates:

**I Capt Sullivan didn't Refuse I/m Winston #84733 NE demanded that I talk to him at this present time and I Capt Williams advised I/m Winston that I will take care of this situation once Chow Call is over.**    **I was feeding chow at the present time when I/m Winston approached me. lights on at 9:19.**

Print and Sign Staff Name & Date Returning **5/24/15** Inmate Signature & Date Received **C.A. Winston**

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ___ (Yes or No).

Staff Who Received Step Two Grievance: _____    Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

RECEIVED

MAY 2 6 2015

VARNER UNIT GRIEVANCE

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

RECEIVED
JUL 15 2015
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

3C

IGTT410
3GS

Attachment III

INMATE NAME: Winston, Charles A.     ADC #: 084733D     GRIEVANCE #: VU-15-00988

WARDEN/CENTER SUPERVISOR'S DECISION  Exhibit - Y 2 of 3

Inmate Winston, you state: It is 9:40 AM and I attempted to ask Captain Williams to have the lights cut on in the barracks and she refused to talk to me about the matter. stating: I'm feeding chow I ain't got time to deal with you. the lights are supposed to be on according to policy but it is not.

Captain Williams advises that you approached her on 05/24/2015 demanding that she turn the lights on in your assigned 21 barracks. She advised Master Control to have all lights turned on in every barracks.

Therefore, I find this issue without merit.

_____          _____          6-23-15
Signature of Warden/Supervisor or Designee          Title          Date

---

INMATE'S APPEAL   NOTE: I recieved this grievance on 7-1-2015

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?  First of all I didn't demand the lights be turned on. Captain Williams said "demand" to attempt to justify her response. But the bottom line is staff at the Varner Unit don't obey the policy governing the lights which when they don't create a violent environment in each barrack. I have already been assaulted once. I would just like for you to correct this problem Mr. Reed because it is rampant.  C.A. Winston

_____C.A. Winston_____          _____084733_____          ___6-37-15___
Inmate Signature          ADC#          Date

RECEIVED

JUL 15 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT410                    Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.          ADC #: 084733          GRIEVANCE#:VU-15-00988

Exhibit-Y 3 of 3

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On 5/24/15, you wrote the following complaint: "It is 9:40 AM and I attempted to ask Captain Williams to have the lights cut on in the barracks and she refused to talk to me about the matter. stating: I'm feeding chow I ain't got time to deal with you. the lights are supposed to be on according to policy but it is not."

The Warden responded on 6/23/15 by stating the following: "Captain Williams advises that you approached her on 05/24/2015 demanding that she turn the lights on in your assigned 21 barracks. She advised Master Control to have all lights turned on in every barracks. Therefore, I find this issue without merit."

Your appeal was received on 7/15/15. After review of your appeal and supporting documentation, I find that I concur with the Warden's deicsion. However, I am instructing the Unit Warden to investigate your complaint further to determine if any corrective action is necessary. Your complaint is resolved.

_____
Director

PR/KW
7-15-15
_____
Date

IGTT430                          Page 1 of 1

## UNIT LEVEL GRIEVANCE FORM

**Attachment I**

Unit/Center **Varner**

Name **C.A. Winston**   Exhibit-Z 1of3

ADC# **084733**   Brks # **21-22**   Job Assignment **BU**

FOR OFFICE USE ONLY
GRV. # **VU15-1046**
Date Received: **06-03-15**
GRV. Code #: **508**

**5-30-15** (Date) STEP ONE: Informal Resolution

**6-1-15** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state

why: Sgt Powell admitts to MY allegations in my grievance but states its none of my business.  **5-28-15** (Date)

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: Sgt. Owens Powell is continusly putting me in harms way by not obeying policy regarding the lights.

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, and place, name of personnel involved and how **you** were affected. (Please Print):

On 5-25-15 the lights in barracks 15 through 18 living area were off from 6:00 AM to 6:00 PM. The living area was black dark Sgt Powell was supervising barracks 15 through 22 and I informed her about the darkness but she refused to correct the situation or have the COI supervising 15 through 18 to correct it. This indifference by Powell creats a violent atmospher because the inmates develope an espectancy for the lights to be off, when I have to ask for them to be cut on they get violent
C.A. Winston                    5-30-15

Inmate Signature                    Date

*If you are harmed/threaten because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on **5/31/15** (date), and determined to be **Step One** and/or an Emergency Grievance No (Yes or No). This form was forwarded to medical or mental health? (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Sgt. Salem   _____   Sgt. Salem   5-31-15
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates:
Per Sgt Powell inmate Winston lives in 21 Bks. Therefore he shouldnt worry about what goes on in the area. 15-18. End of Statement
Sgt Salem 5-31-15   C.A. Winston 5-31-15 5/31/15
Print and Sign Staff Name & Date Returned   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? __ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

RECEIVED
JUN 16 2015
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  <u>Winston, Charles A.</u>
FROM:  Cantrell, Sharon L
DATE:  <u>06/04/2015</u>

ADC #:  <u>084733D</u>
TITLE:  <u>ADC/ACC Program Specialist</u>
GRIEVANCE #:  <u>VU-15-01046</u>

*Exhibit-Z 2 of 3*

Please be advised, I have received your Grievance dated <u>06/01/2015</u> on <u>06/03/2015</u> .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC/ACC Program Specialist

## CHECK ONE OF THE FOLLOWING

- ⊙ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ⊙ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ⊙ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ⊙ This Grievance has been determined to be an emergency situation, as you so indicated.
- ⊙ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ⊙ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was (frivolous) or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Cantrell should have allowed the warden to address the issue of staff
not following policy regarding the lights. Sgt. Powell admits in her response
policy is being violated.

C.A. Winston
Inmate Signature

084733
ADC #

6-5-2015
Date

RECEIVED

JUN 16 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT405
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

*Exhibit - Z 3of3*

TO: Inmate <u>Winston, Charles A.</u>     ADC #: <u>084733D</u>
FROM: <u>Reed, Marshall (Dale) D</u>     TITLE: <u>Chief Deputy Director</u>
RE: Receipt of Grievance <u>VU-15-01046</u>     DATE: <u>06/16/2015</u>

Please be advised, the appeal of your grievance dated
<u>06/01/2015</u>
was received in my office on this date <u>06/16/2015</u>

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☒ The time allowed for appeal has expired
☒ The matter is non-grievable and does not involve retaliation:
    ☒ (a) Parole and/or Release matter
    ☒ (b) Transfer
    ☒ (c) Job Assignment unrelated to medical restriction
    ☒ (d) Disciplinary matter
    ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☒ (f) Involves an anticipated event
☒ You did not send all the proper Attachments:
    ☒ (a) Unit Level Grievance Form (Attachment 1)
    ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☒ (c) Did not give reason for disagreement in space provided for appeal
    ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☒ (e) Unsanitary form(s) or documents received
    ☑ (f) This Appeal was REJECTED because it was a duplicate of , or was frivolous or vexatious

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Varner_

Name _C.A. Winston_

Exhibit-Z1 1of3

FOR OFFICE USE ONLY
GRV. _VU15-1161_
Date Received: _06-23-15_
GRV. Code #: _508_

ADC# _084733_   Brks # _21-22_   Job Assignment _BU_

_6-20-15_ (Date) STEP ONE: Informal Resolution

Exhibit-Z1 1of3

_6-22-15_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _At 2:07 PM on 6-20-15 Sgt Madden contacted COII Watson by phone and order her to cut the lights on_

_6-20-15_, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _CO II Watson violation of police is creating a violent and retaliory enviroment. I speak from experience_

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _CO II Watson, in violation of the orders of Captain William, Sgt Madden have consistently violated the policy governing the lights._
_Today 6-20-15 at 2:07PM she has most of barracks 15 through 18 living area in black dark. This is a violation of policy and procedure._
_When my fellow inmates in my barrack pass by and see the lights off in other barracks they get mad at me because they think the only reason the lights are on in our barrack is because of me and get made at me & want to fight me and or destroy my property like my radio and headphones it I leave then un garded._
_I CO II Watson have been warn about the lights To no avail. She is put me in danger. She is not fit to be an ADC employee._

_C.A. Winston_                                   _6-20-15_
Inmate Signature                                    Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _6-20-15_ (date), and determined to be Step One and/or an Emergency Grievance
_NO_ (Yes or No). This form was forwarded to medical or mental health? _NO_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Sgt. J. Madden_        _43731_      _Sgt. Madden_           _6-20-15_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received

Describe action taken to resolve complaint, including dates: _On 6-20-15, I B2 Watson Worked 15-18 barracks. I B2 Watson had 15-18 barracks lights on at 9:00 am._

_Sgt J. Madden_  _6-21-15_                _C.A. Winston  6-21-15_
Staff Signature & Date Returned                Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken _____ JUN 2 3 2015 (Forwarded to Grievance Officer/Warden/Other) _____ Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

JUL 2 8 2015

**DISTRIBUTION:** YELLOW & PINK - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

3A

IGTT410                                                                    Attachment III
3GS

INMATE NAME:  Winston, Charles A.          ADC #:  084733D          GRIEVANCE #:  VU-15-01161

WARDEN/CENTER SUPERVISOR'S DECISION  Exhibit-Z1 2of3

In response to your grievance: Inmate Charles Winston, you state, "COII Watson, in violation of the orders if Captain William, Sgt Madden have consistantly violated the policy governing the lights. Today 6-20-15 at 2:07pm she has most of barracks 15 through 18 living area in black dark. This is a violation of policy and prodecure. When my fellow inmates in my barrack pass by and see the lights off in other barracks they get mad at me because they think the only reason the lights are on in our barracks is because of me and get made at me and want to fight me and or destroy my property like my radio and headphones if I leave then ungarded. COII Watson have been warn about the lights to no aval. She is put me in danger. She is not fit to be an ADC employee."

CO2 Watson advised that the lights were in barracks 15-18 on 6-20-15. Sgt. Madden states that the lights were on at 9:00a.m. per CO2 Watson and when she made rounds they were on. Inmate Winston, records indicate that you are not housed in 15-18 barracks. You are housed in 20 barracks. No evidence has been found to support your allegations against CO2 Watson. Lights were turned on in accordance to barrack rules and regulations in regards to lights. Therefore, I find this issue without merit.

_____          _____          7-20-15
Signature of Warden/Supervisor or Designee          Title                              Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?  This response by COII Vonita L. Watson is a fabrication and Sgt. Madden is simply repeating the lie that is why she used the words:" per CO2 Watson but Sgt. Madden knows that the lights were not on at 9:00 AM nor 2:07PM because Madden had to order Watson to cut the lights on. Yes the lights were on when Madden went to that area after 2:07 PM. Sgt. Madden is being deceptive in order to save Watson

C.A. Winston          084733          7-23-15
Inmate Signature          ADC# RECEIVED          Date

JUL 28 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.       ADC #: 084733       GRIEVANCE#:VU-15-01161

Exhibit - Z 1  3 of 3

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On 6/22/15, you wrote the following complaint: "COII Watson, in violation of the orders if Captain William, Sgt Madden have consistantly violated the policy governing the lights. Today 6-20-15 at 2:07pm she has most of barracks 15 through 18 living area in black dark. This is a violation of policy and prodecure. When my fellow inmates in my barrack pass by and see the lights off in other barracks they get mad at me because they think the only reason the lights are on in our barracks is because of me and get made at me and want to fight me and or destroy my property like my radio and headphones if I leave then ungarded. COII Watson have been warn about the lights to no aval. She is put me in danger. She is not fit to be an ADC employee."

The Warden responded on 7/20/15 by stating the following: "CO2 Watson advised that the lights were in barracks 15-18 on 6-20-15. Sgt. Madden states that the lights were on at 9:00a.m. per CO2 Watson and when she made rounds they were on. Inmate Winston, records indicate that you are not housed in 15-18 barracks. You are housed in 20 barracks. No evidence has been found to support your allegations against CO2 Watson. Lights were turned on in accordance to barrack rules and regulations in regards to lights. Therefore, I find this issue without merit."

Your appeal was received on 7/28/15. After review of your appeal and supporting documentation, I find that this grievance should have been rejected at the unit level as frivolous. Therefore, I will not address the merit of your appeal which is denied.

_____          7-30-15
Director                                                    Date

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center _Varner Max_

Name _Charles A. Winston_      Exhibit-Z2

ADC# _084733_   Brks # _Iso 1-29_ Job Assignment _DCR_

FOR OFFICE USE ONLY

GRV. # _____

Date Received: _____

GRV. Code #: _____

_6-27-15_ (Date) STEP ONE: Informal Resolution                    Exhibit-Z2

_6-29-15_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: The question that must be asked Sgt Madden is what time did she go to the barraks?!?

_6-27-15_, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: Because I filed said grievance on Watson she is retaliating by falsifying another statement against me.

_Is this Grievance concerning Medical or Mental Health Services?_ _____ _If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I'm writing this grievance so that Sgt. Madden can respond to it. I am alledging that when she problem solved the grievance I wrote on COII Watson for not having the lights on in the "living area" according to policy that Watson's written response was a falsification of that document. "Watson stated in part: "I had the lights on by (at) 9:00AM."
When I complained to Sgt. Madden about the problem at sometime after 12:00 PM approximately 1:45 PM, Madden contacted Watson by phone and order her to cut the lights on.
When Sgt. Madden returned the grievance to me I read Watson's response and I said to Sgt. Madden we both know this is a lie for one if the lights were already own I would have never complained and you had to call her and tell her to cut the lights on. Sgt. Madden didn't Watson falsify her statement? Sgt. Madden to my knowledge didn't reparmind Watson for lying on a legal document and I sympathize with Sgt. Madden but Watson must be exposed. Because one lie will lead to another one.

_C. A. Winston_                                            _6-27-2015_
Inmate Signature                                        Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _6/29/15_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No) This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Sgt. Childress_          _93605_        _Sgt. Childress_          _6/29/15_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received

Describe action taken to resolve complaint, including dates: Sgt. Madden stated when she went around to the barracks the lights were on.

_Sgt Childress 6/29/15_                    _C. A. Winston    6-29-2015_
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

------------------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center **Varner**

Welfare Copy

FOR OFFICE USE ONLY

GRV. # VU 15-1444

Name **C. A. Winston**

Date Received: 08-11-15

GRV. Code #: 508

ADC# 084733   Brks # 20-25  Job Assignment **BV**

**8-2-15** (Date) STEP ONE: Informal Resolution

Exhibit-Z3 1of3

**8-9-15** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Sgt. Madden never returned with a response. This grievance is true. I'm being put in dager.

**8-9-15** (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: Because Captain William is allowing CO K. Jiles to still violate policy governing the lights they create a violent enviroment

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 8-1-2015 when I came from lunch at 11:30 AM the lights in barrack 15 through 22 lights were still off. At 11:38 AM the lights in 19 through 22 came on but COII K. Jiles kept the lights off in the living area of four barracks barracks 15 through 22 of all day (alday). JAT 4:30 PM when I came from supper the lights in those barrack were all still off. This is a habitual practice with COII Jiles as retorted by grievance VU-14-00022, written on her about a matter on January 1, 2013. Both Warden Randy Watson and deputy warden Moses Jackson said in their response to this grievance that "this and I quote" the issue of the lights being turned on and off has been addressed with staff. It is obvious that COII Jiles refuse to obey the orders of her supervisors and I have collected twelve (12) witness statements to verify my story. Also all the counselors and tutors in the Faith Program will tell you the truth about the lights being off alday past 4:30 PM on 08-01-2015

C.A. Winston                                    08-02-2015

Inmate Signature                              Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

<u>**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**</u>

This form was received on 8-2-15 (date), and determined to be **Step One** and/or an Emergency Grievance NO (Yes or No). This form was forwarded to medical or mental health? NO (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Sgt J. Madden         43139         Sgt B. Madden              8-2-15
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received

Describe action taken to resolve complaint, including **dates**:        **RECEIVED**

_____

_____      SEP 0 1 2015

RECEIVED                                      **INMATE GRIEVANCE SUPERVISOR**

AUG 2015                                       ADMINISTRATION BUILDING

Staff Signature & Date Returned _____ Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____

VARNER UNIT GRIEVANCE

If forwarded, provide name of person receiving this form: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

3C

IGTT410
3GS

Attachment III

INMATE NAME: <u>Winston, Charles A.</u>          ADC #: <u>084733D</u>          GRIEVANCE #: <u>VU-15-01444</u>

WARDEN/CENTER SUPERVISOR'S DECISION   Exhibit-23 2of3

Inmate Winston, you state: On 8-1-2015 when I came from lunch at 11:30 AM the lights in barrack 15 through 22 lights were still off. At 11:30 AM the lights in 19-22 came on but COII K. Jiles kept the lights off in the living area of four barracks, barracks 15 through 22 of all day alday. At 4:30 PM when I came from supper lights in these barrack were still off. This is a habitual practice with COII Jiles as reflected by grievance VU-14-00022 written on her about a matter on January 1, 2013. Both Warden Randy Watson and Deputy Warden Moses Jackson said in their response to this grievance that this and I quote: "the issue of the lights being turned on and off has been addressed with staff." It is obvious that COII Jiles refuse to obey the orders of her supervisors and I have collected twelve 12 witness statements to verify my story. Also all the counselors and tutors I the faith program will tell you the truth about the lights being off alday past 4:30 PM on 08-01-2015.

Officer Jiles advises that she was assigned to 15-18 barracks on 08/01/2015. She advised all of the lights in hallway were on. Records show that you were assigned to 20 barracks, which means 15-18 barracks would not concern you.

Therefore, I find this issue without merit.

_Signature of Warden/Supervisor or Designee_          _Title_          8-24-15   _Date_

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? The ADC have a prison wide policy to govern the lights. It is also Unit wide. The new building consist of two set of four barrack each. Barracks 15-18 and 19-22. If the barracks 19-22 lights are on and 15-18 are not then the inmates in that barrack wants to Know why and who is responsible. I have seen many inmates threaten and cursed for requesting the lights be turned on and some assaulted this response by Giles is a deceptive cover up. PLEASE fix the problem. Thank you! Warden Watson don't Know whats going on in his prison! It concerns me!

C.A. Winston          0847333          08-27-15

_Inmate Signature_          _ADC#_          **RECEIVED** _Date_

SEP 0 1 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.        ADC #: 084733        GRIEVANCE#:VU-15-01444

Exhibit-Z3 3of3

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 8/2/15, you wrote the following complaint: "On 8-1-2015 when I came from lunch at 11:30 AM the lights in barrack 15 through 22 lights were still off. At 11:30 AM the lights in 19-22 came on but COII K. Jiles kept the lights off in the living area of four barracks, barracks 15 through 22 of all day alday. At 4:30 PM when I came from supper lights in these barrack were still off. This is a habitual practice with COII Jiles as reflected by grievance VU-14-00022 written on her about a matter on January 1, 2013. Both Warden Randy Watson and Deputy Warden Moses Jackson said in their response to this grievance that this and I quote: "the issue of the lights being turned on and off has been addressed with staff." It is obvious that COII Jiles refuse to obey the orders of her supervisors and I have collected twelve 12 witness statements to verify my story. Also all the counselors and tutors I the faith program will tell you the truth about the lights being off alday past 4:30 PM on 08-01-2015."

The Warden responded on 8/24/15 by stating the following: "Officer Jiles advises that she was assigned to 15-18 barracks on 08/01/2015. She advised all of the lights in hallway were on. Records show that you were assigned to 20 barracks which means 15-18 barracks would not concern you. Therefore, I find this issue without merit."

Your appeal was received on 9/1/15. After review of your appeal and supporting documentation, I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

Director

Date    9-3-15

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center  Varner Supermax

Name C.A. Winston

ADC# 084733    Brks # CB1-17  Job Assignment Ad. Seg

FOR OFFICE USE ONLY
GRV. # VU15-1507
Date Received: 08-20-15
GRV. Code #: 508

Exhibit-Z4 1of4

8-12-15 (Date) STEP ONE: Informal Resolution

Exhibit-Z4 1of4

8-19-15 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Problem solver never returned. COII Davis fail to protect me in two way: from violence & adequate light

8-12-15 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: The policy governing the lights are still not being followed thus leaving this dangerous practice in place.

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) As the record will reflect I have been tring since 6-16-13 & beyond to get the ADC staff here to follow proper procedure governing the lights, but to no avail. Inmates has to request lights be turned on. On Sunday, 8-2-15 at approximately 10:30AM after eating lunch I asked COII Trooter, supervising central to have the lights cut on in my living area and she refused stating: "You can just tell your barrack officer to cut them on. I told her no, that causes problems. So I finally see chaptain Williams and I asked her to have the lights cut on, she was standing at the front door of the inmate chow hall. She said she would. She gets on the phone an call my barrack officer COII Davis and tells her: " Winston is down here complaing cut the lights on. The inmates in my barrack ast COII Davis why she cut the lights on and she stated: " Winston is down there complain to the chaptain. Then several inmates moved my rack to the door to move me out and brutly attached me. Major Bolen, Warden Watson, warden Inman, captain Williams, Sgt. Madden Grant Harris, MD Reed were all aware of this danger but did nothing to correct it. They fail to protect me. I want criminal charges filed against these inmates. On

C.A. Winston
Inmate Signature

8-12-15
Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 8/13/15 (date), and determined to be Step One and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to medical or mental health? No (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

S.† J. Sorrells   8011c   8/13/15       8/13/15
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature       Date Received

Describe action taken to resolve complaint, including **dates**: _____

RECEIVED

SEP 30 2015

Staff Signature & Date Returned       Inmate Signature & Date Received

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? (Yes or No). Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

3C

CB03-306

IGTT410                                                                    Attachment III
3GS

INMATE NAME:  Winston, Charles A.        ADC #:  084733D      GRIEVANCE #:  VU-15-01507

WARDEN/CENTER SUPERVISOR'S DECISION   Exhibit-Z4 2 of 4

Inmate Winston, you state: As the record will reflect I have been tring since 6-16-13 & beyond to get the
ADC staff here to follow proper procedure governing the lights but to no avail. Inmates has to request lights
be turned on. On Sunday 8-2-15 at approximately 10:30 AM after eating lunch. I asked COII Trooter
supervising control to have the lights cut on in my living area and she refused stating you can just tell your
barrack officer to cut them on. I told her no that cause problems. So I finally see Chaptain Williams and I
asked her to have the lights cut on. She was standing at the front door of the inmate chow hall. She said
she would. She gets on the phone and call my barrck officer COII Davis and tells her Winston is down her
complaing cut the lights on. The inmate in my barrack ask COII Davis why she cut the light son has she
stated Winston is done there complain to the Captain. Then several inmates moved my rack to the door to
move me out and brutally attached me. Major Bolden, Warden Watson, Warden Inman, Captain Williams,
Sgt. Madden, Grant Harris, MD Reed were all aware of this danger but did noting to correct it. They fail to
protect me. I want criminal charges filed against these inmates. On

Officer Davis advises that Captain Williams did not advise her to turn on the lights nor did she tell any
inmates that you "were down there complaining". She states the lights have to be turned on when coming
on to post to conduct count. She states the inmates are to be up with their beds made at 9:00 AM on the
weekends which is what time she turned the lights back on and remained on the rest of the day. Captain
Williams advises that when she went to 19-22 barracks the lights were on. She asked Officer Davis if the
lights have been on all day at which time Officer Davis that the lights were on when she came on post.
Officer Trotter advises that she was working Master Control and the only thing you asked her was for a
grievance.

Therefore, I find this issue without merit.

Signature of Warden/Supervisor or Designee                Title                Date

9-17-15

RECEIVED

INMATE'S APPEAL  NOTE: I recieved this response on 9-14-2015    SEP 30 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

If you are not satisfied with this response, you may appeal this decision within five working days by using the
information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along
with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original
grievance. Do not list additional issues, which are not part of your original grievance as they will not be
addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? This response by Captain Williams
CoII Davis and Trotter is a falsification of a document
and thus a violation of AR 225. You can get to the truth
by two ways; common sense or a stress test. There had to be a
reason for my bed to be at the door and CoII Davis never saw it. She
fail to protect me. Where was she when they moved my bed. Where was she

when I was been attached for 20 minutes or more? Give us a stress test.
She was supervising 4 barrack all by herself and fail to protect me by lack
of adequate security and refusing to obey light policy. Major Bolden, Watson, Andrew & Inmate
promote these practices.

| C. A. Winston | 084733 | 9-21-15 |
| --- | --- | --- |
| Inmate Signature | ADC# | Date |

Exhibit - Z4 3 of 4

RECEIVED

SEP 3 0 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Winston, Charles A.      ADC #: 084733      GRIEVANCE#:VU-15-01507

Exhibit-Z4 4 of 4

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 8/12/15, you wrote the following complaint: "As the record will reflect I have been tring since 6-16-13 & beyond to get the ADC staff here to follow proper procedure governing the lights but to no avail. Inmates has to request lights be turned on. On Sunday 8-2-15 at approximately 10:30 AM after eating lunch. I asked COII Trooter supervising control to have the lights cut on in my living area and she refused stating you can just tell your barrack officer to cut them on. I told her no that cause problems. So I finally see Chaptain Williams and I asked her to have the lights cut on. She was standing at the front door of the inmate chow hall. She said she would. She gets on the phone and call my barrck officer COII Davis and tells her Winston is down her complaing cut the lights on. The inmate in my barrack ask COII Davis why she cut the light son ahs she stated Winston is done there complain to the Chaptain. Then several inmates moved my rack to the door to move me out and brutally attached me. Major Bolden, Warden Watson, Warden Inman, Captain Williams, Sgt. Madden, Grant Harris, MD Reed were all aware of this danger but did noting to correct it. They fail to protect me. I want criminal charges filed against these inmates. On"

The Warden responded to your grievance on 9/17/15 by stating the following: "Officer Davis advises that Captain Williams did not advise her to turn on the lights nor did she tell any inmates that you "were down there complaining". She states the lights have to be turned on when coming on to post to conduct count. She states the inmates are to be up with their beds made at 9:00 AM on the weekends which is what time she turned the lights back on and remained on the rest of the day. Captain Williams advises that when she went to 19-22 barracks the lights were on. She asked Officer Davis if the lights have been on all day at which time Officer Davis that the lights were on when she came on post. Officer Trotter advises that she was working Master Control and the only thing you asked her was for a grievance. Therefore, I find this issue without merit."

Your appeal was received on 9/30/15. After review of your appeal and supporting documentation, I find your complaint without merit.

Appeal denied.

Director _____     Date  10-7-15 _____

IGTT430                                          Page 1 of 1

9-24-13
Apostle, C.A. Winston  84733
Varner Unit, Apt. 20-08
P.O. Box 600
Grady, AR. 71644-0600

Exhibit - Z 5
RE: VU-13-00921
NOTE: Please send me back
      a file marked copy
      of reciept.

Mr. Larry L. May
Chief Deputy Director, ADC
P.O. Box 600
Grady, AR. 71644-

Dear Mr. May,

   I recieved a response from you concerning the above
referenced grievance. My first and major complaint was
and is the fact that one female/male guard have to
supervise 4 seperate barracks housing approximately 50
inmates each.

   Im my step 2 Formal Grievance I made clear
that I was complaing about the staff shortage. Then
sir, in my appeal to you I made it very plain that
I was complaing about staff shortage and the danger it
put the inmate as well as staff in.

   But you in your response dated 9-19-13 and
signed by you, you concured with the Warden's decision
and discounted my very serious need. Security checks are
not being done and the lights are not cut on according
to policy.

cc File
   Larry May
   Federal Court
   Ray Hobbs

In Dire Need,
C.A. Winston

**STATE OF ARKANSAS** )

**COUNTY OF** Lincoln )§ )

Exhibit-Z 6

## DECLARATION

I, C.A. Winston hereby declare:

That on 6-15-13 approximately 10 minutes before deputy warden Curtis Meinzer came to the barrack (17) to sign the log, the only lights on in the living area was the row of lights over my bed.

When C.O.II Williams recieved a call that Meinzer was coming through she cut on all the lights in the living area and the dayroom to. When he went back up front someone asked "her" to cut some of the lights off in the living area, It was approximately 12:30 PM and she did cut some of them off.

I had just finish taking a "crap" and was washing my hands when fellow inmate Timothy Boyd asked C.O.II Williams to cut another row of lights off and she did. I then Knocked on the window and asked her to please cut the lights back on over my rack and she did.

As I was on my way back to my rack Boyd said I ought to go to the law library. I said I can't go to the law library, you ought to appreciate the fact that I don't ask for the lights to be cut on over my rack until we come from lunch, he then said I ought to hit you in the face. I said do what you want and went to my rack and sit down, he then got up out of bed put his shoes on while saying I'm not going to play with you like these other guys and came over to my rack and hit me two times in the face Knocking me to the floor and

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

he hit me two or three more times while I was on my Knees, head to the floor

Executed on 6-16-13

Affiant C.A. Winston

ADC# 84733

NOTE: I have been brutally assaulted and I want criminal charges brought!

800-4

STATE OF ARKANSAS      )

                    )§         Exhibit-Z7

COUNTY OF _Lincoln_    )

## AFFIDAVIT

I, _Charles A. Winston_, after first being duly sworn, do hereby swear, depose and state that: I make Director, Ray A Hobbs, Chief Deputy Director, Larry D. May, Warden Randy Watson, Deputy warden Mosese Jackson, Building major K. Bolden aware that, for the year that I have lived in general population, section 3 barracks 15, 16, 17, 18, 19, 20, 21 and 22 have been and are under staffed. Often one female security officer have to supervise four differen barracks and are not able to make security checks. Barracks 20 & 22 didn't even have a chair and supplies in it until I complained. The policy governing the lights are not followed creating an especting by the inmates for the lights to be off. Both situations creating a extremely violent environment. Actually 3 situations; 1) staff shortage 2) no security checks, & 3) No adequate lighting, at Varner Unit section (3)

I further swear that the statements matters and things contained herein are true and accurate to the best of my knowledge, information and belief

_7-23-13_                   _C. A. Winston_

DATE                            NAME

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _24th_ day of _July_, 20 _13_.

_Gloria Thompson_

NOTARY PUBLIC

My Commission Expires: _03-09-2021_

CC: File   CM

     RAH   MJ

     LDM   KB

     RW

     Federal Court

GLORIA THOMPSON
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 03-09-2021
Commission # 12382197

7-30-13

Apostle, C. A. Winston
Varner Unit, Apt. 20-08                    Exhibit-Z8 1 of 2
P.O. Box 600
Grady, AR 71644-0600

Ray Artis & Hobbs and ect. ect. ect.
Director  ADC
P.O. Box 600
Grady, AR 71644-0600


Dear Mr.
     I have been living in 20 barrack in section
3 for 31 days now. I have witness two assaults
and one fight. The fight and one of the assaults
was bloodie
     The female security officer had no knowledge of either
incident. There is only one person supervising 200 inmates.
The control booth on my side is alway void of a guard.
     The policy governing the lights in the living area
has not been honored and have not for years thus
creating an espectency by the inmates for it to
stay that way on the weekends. Saturdays and Sun-
days.
     When I requested the lights to be turned on
many of my fellow inmates get mad. And when I
went to supper on 7-13-13 and came back to

-1-

Exhibit - Z8 2 of 2

the barrack, two Black inmates had moved my
rack to the door.

Later a friend of mine brought it to my
attention about a message that had been put
on the bullentine-board for me.

It was on a grievance, written on the
pink back side. I used the form to file a
grievance but I had a copy made of it. It
was written on the day CO II Miss Jackon
worked our barrack on 7-13-13. They spelled
my name wrong and they put some "Jackson"
name on it.

Will you please see to it that the problems
I have related by grievance, Declaration and this
letter. Thank you.
        be addressed.

                                    Respectfully Submitted,

                                    Apostle, C. A. Winston

cc. File
    R H
    R W
    R B
    Wendy Kelly 8-8-13

P.S.: Ms. Kelly please help us!

DDS 20-08

F-83 Winston, Charles #084733   Date Rec'd 06272013

**Arkansas Department of Correction**   Exhibit - Z9 1of 2

_____ Max _____ **Unit**

# MAJOR DISCIPLINARY APPEAL FORM

PUNITIVE
ISOLATION
MARK AN "X"

Inmate **Charles A. Winston** _____ ADC # **84733** Date **6-20-13**

Concerning Disciplinary Given on (date) **6-15-13** by (officer) **Deborah Andrews**

APPEAL TO WARDEN: (to be completed by inmate)

State reasons why conviction or punishment should be reversed or modified: On the morning of 6-15-13 from 6:00 AM to 11:30 AM there was not any lights on in the living arear until 11:30 AM. At 11:30 the lights were cut on over my rack. They were the only lights in the living arear Then when CO.II Andrews got a call that deputy warden Meinzer was on his way to sign the log she cut all the other lights on. When Meinzer left the new building an inmate asked her to cut some of the lights off in the living area and she did. It was approximately 12:45 PM. I had just finished

Inmate's Signature: **C.A. Winston** _____

RESPONSE FROM WARDEN: (due within ten (10) calendar days of receipt of appeal if punitive)

Affirm: _____✓_____ Reverse: _____ Modify: _____

Reasons Action Taken:
I have received your disciplinary appeal on **06/27/2013** for your disciplinary dated **06/15/2013**, issued by **Off D. Andrews at 12:56 PM** for the charges of **12-1 Failure to Obey Order of Staff; 17-1 any felony act or misdemeanor; 05-7 assault-attempt or threat upon staff; 05-3 assault; 04-8 battery-use of force on an inmate**

This appeal should be **AFFIRMED** due to the fact that you have not submitted any new evidence and Staff's report is accepted.

**I FIND NO REASON TO MODIFY OR REVERSE THE PUNISHMENT. IF YOU DISAGREE WITH MY DECISION, YOU MAY APPEAL TO MR. RAYMOND NAYLOR, HEARING OFFICER ADMINISTRATOR, AT CENTRAL OFFICE.**

Sc: 06/15/2013 12:56 PM

Signature: _____ Date: 6-28-13

RECEIVED
JUN 7 2013
VARNER UNIT GRIEVANCE

NOTICE TO INMATE: If you do not agree with the warden's response, you may appeal it to the Hearing Officer Administrator. If you do not agree with the Hearing Officer Administrator's response, then you may appeal it to the Director. If you decide to appeal, then write a letter repeating your reasons why your conviction or punishment should be reversed or modified.

Color - White

Exhibit - Z9 2of2

using the restroom when Timonthy Boyd #136098
came into the restroom and asked Andrews to
cut another row of lights off in the diving
area. She did, she cut the lights off over
my rack where I was going back to study.
I then asked her to cut the lights back on
and she did. As I was walking back to my rack
Boyd said in anger you ought to go to the law
library. I said I can't go to the law bibrary you
guys ought to appreciate the fact that I don't
request the lights to be turned on over my
rack until after we come from lunch on the
weekends.
He (Boyd) then said I ought to hit you in
the face, I then said you can do anything you
want to. I then went to my rack and sit back
in the shower chair I was using. Boyd said I
ain't going to play with you like these other
guys and got up out the bed put his shoes
on and came to my rack.
I was just sitting there silent when he hit
me two times over my right eye. The second
blow knocked me to the floor. Each blow left
a cut and I was bleeding profusely. (Review the
two pictures) I hit the floor on my knees with

-2-

| Please Read Instructions on Reverse Side of Yellow copy |
|---|

Please print in ink or type

Filed July 22, 2014

## BEFORE THE STATE CLAIMS COMMISSION
Of the State of Arkansas

Exhibit-Z10
1 of 2

☐ Mr.
☐ Mrs.
☐ Ms.
☐ Miss

Charles Winston, #084733 , **Claimant**

vs.

**State of Arkansas, Respondent**

| Do Not Write in These Spaces |
|---|
| Claim No. _____ |
| Date Filed _____ |
| (Month)  (Day)  (Year) |
| Amount of Claim $_____ |
| Fund _____ |

## COMPLAINT

Charles Winston, #084733 , **the above named Claimant, of** POB 600, Grady, AR 71644
(Name)                                                                                          (Street or R.F.D. & No.)          (City)

AR.    71644-0600    **County of** Lincoln    **represented by** Pro se
( State)  (Zip Code)  (Daytime Phone No.)                                                    (Legal Counsel, if any, for Claim)

of _____ , **says:**
(Street and No.)          (City)          (State)  (Zip Code)          (Phone No.)          (Fax No.)

**State agency involved:** ADC, Varner Unit    **Amount sought:** $15,000

**Month, day, year and place of incident or service:** June 30, 2013

**Explanation:** Because the security officers don't obey the polices regarding the lights, the inmates have developed an expectancy for the lights to be off when policy dictate they be on, And they get violent when I ask C.O. to follow policy. I was assaulted on June 15 2013 because the policy regarding the lights were not being followed by C.O. II Deborah Andrews. Exhibit A and B relates the account of the assault.

A disciplinary was written on me about the incident. Exhibit-C Because my story was true and policy was violated regarding the lights my conviction was reversed by disciplinary Hearing Administrator, Raymond Naylor. Exhibit-D. In response to my grievance C.O. II D. Andrews submitted a typed statement admitted to having the lights off inviolation of policy. Exhibit-E

I was brutally assaulted because I asked Andrews to do something that should

BEFORE THE ARKANSAS STATE CLAIMS COMMISSION

CHARLES WINSTON (ADC #084733)                                    CLAIMANT

V.                              NO.  15-0060-CC

ARKANSAS DEPARTMENT OF CORRECTION                               RESPONDENT

### RESPONDENT'S MOTION TO DISMISS

COMES NOW the Respondent, Arkansas Department of Correction, and for its MOTION TO DISMISS, states and responds as follows:

1.  Claimant filed a claim for failure to follow policy, personal injury, and pain and suffering.  He seeks damages of $15,000.00.  Claimant has failed to state a claim upon which relief can be granted under ARCP Rule 12(b)(6).

2.  In essence, Claimant alleges because all of the lights were not turned on in the barracks he was attacked.  However, Claimant has failed to show how the caused his attack.  In fact in his DECLARATION (Exhibit A) he states that he had words with another inmate which led to the altercation.

3.  Proximate cause is a natural and continuous sequence, unbroken by any efficient intervening cause which produces the injury and without which the result would not have occurred.  Claimant has failed to show how ADC or its actions were the proximate cause of his injury and not the result of the exchange of heated words between he and another inmate.

4.  A motion to dismiss is proper when there are no facts upon which relief can be granted. ARCP 12(B)(6).  Claimant has shown no facts upon which he is entitled to relief and therefore this claim should be dismissed.

WHEREFORE, for the reasons stated above and the evidence submitted the Claim should be dismissed.

Respectfully submitted,
Department of Correction
Office of Counsel

*Lisa Mills Wilkins*

LISA MILLS WILKINS Ark. Bar #87190
Attorney Supervisor
Post Office Box 8707
Pine Bluff, AR  71611
(870)267-6844 Office
(870)267-6373 Facsimile

CERTIFICATE OF SERVICE

I certify that a copy of this MOTION TO DISMISS has been served this __7__ day of __August__, 2014, on the Claimant by placing a copy of the same in the U. S. Mail, regular postage to:

CHARLES WINSTON (ADC #084733)
VARNER UNIT
P. O. Box 600
Grady, AR  71644-0600

*Lisa Mills Wilkins*

LISA MILLS WILKINS Ark. Bar #87190

Exhibit-Z10 2 of 2

Justice Standards on the Treatment of Prisoners page 13, Standard 23-3.3 Housing areas (b)...., a Correctional authorites should provide each prisoner at a minimum,.... a source of natural light and light sufficient to permit reading. Exhibit I pg. 2 at (b)

This minimum sorce of light was not provided thus violating ABA standards and ADC policy.

I have exhausted my administrative remendy by utilizing the disciplinary appeal and as reflected by Exhibit-D. I also grieved the matter as reflected by Exhibit-J.

For the reasons stated above I pray the Claims Commission will grant me the relief sought of $15,000.

Respectfully Submitted,
C.A. Winston

CERTIFICATE OF SERVICE

I certify that the foregoing has been served this    day of June 2014, to the Claims Commision and the Respondent by placing a copy in the regular U.S. Mail postage  to:

Lisa Mills Wilkins                C.A. Winston
                                  C.A. Winston

-2-

STATE OF ARKANSAS )
                  )§
COUNTY OF Lincoln )

Exhibit - Z 11

## DECLARATION

I, Charles A. Winston , hereby declare:

On June 25, 2015 at approximately 8:15 I was escorted from Section 3 of the Varner New Unit and placed at The Varner Unit Super Max in Isolation 1 on DCR for alledgely threaten her.

These allegations made by CO II Vonita Watson is a planned and calculated deception, for the purpose of retaliating against me for writing a grievance on her for violating the policy governing the lights.

A threat is defined as: an expression of intention to inflict evil, injury, or damage. I only told her, her actions were putting me in harms way and if she didn't start obeying the policy governing the lights I was going to see to it that she get fired because it obvious she don't want her job.

Major Kennie L Bolden had the gaul to C.S.O the disciplinary and order me locked up and me being 100% innocent. Therefore I proclaim this "Hunger Strike". Sgt. Gibson can verify that he checked and removed my property of all food and CO II Lever can verify that I started my protest by refusing my lunch and super meals on June 25, 2015. I will not eat until I'm given a stress test to prove my innocence or I'm released back into general population. All because ADC staff refuse to obey policy!

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

June 25, 2015
Executed on

C.A. Winston
Affiant

084733
ADC#

*1029*

ISSR101                               **Arkansas Department of Correction**            Exhibit- Z12

                                      **DISCIPLINARY HEARING ACTION**

**Inmate:**  Winston, Charles Allen          **ADC#:**  084733D       **Unit:**  Varner Unit

**Code Violation(s):**
  02-17  Creating Unnecessary Noise
  03-1   Out Of Place Of Assignment
  05-5   Provoking Or Agitating A Fight
  11-2   Using abusive/obscene language to A staff member
  13-1   Deliberately giving misinformation OR falsely accusing another(s) IN the course of an official investigation

**Date/Time of Alleged Offense(s):**        06/24/2015  9:20 AM

**Hearing Date:**   06/30/2015              **Time:  Start**   10:47 AM              **End**   11:00 AM

**Recorder:**  Banister, Terrie L            **Tape#:**       **Side:**       **Meter:  From**              **To**

**Plea:**   Not Guilty, Not Guilty, Not Guilty, Not Guilty, Not Guilty          **Attendance Waived:**    No

                                                            **Has waiver form been completed?**_____

**Inmate's Statement:**
IT WAS ABOUT THE LIGHTS AND I GOT ASSAULTED. I HAVE TO WRITE GRIEVANCES ON STAFF TO GET THE LIGHTS
TURNED BACK ON. I WROTE A GRIEVANCE ON OFFICER WATSON AND SHE GOT A REPRIMAND. I T OLD STAFF ABOUT
THE LIGHT BEING ON ACCORDING TO POLICY. I WAS ON MY WAY TO LUNCH. THE LIGHTS WERE OUT IN ANOTHER
BARRACKS AND I JUST TRIED TO GET STAFF TO FOLLOW POLICY. THE WARDEN HAD ALREADY TOLD STAFF TO OBEY
THE POLICY. I DID NOT LIVE IN THAT AREA.


_____
**Signature of Inmate**

**Court Questions:**
Do you have a statement?




**Sentencing Conditions:**

**Verdict:**   Guilty, Guilty, Not Guilty, Not Guilty, Not Guilty

| | | | |
|---|---|---|---|
| **Punitive Isolation Days to Serve:** | 15 | **Days Suspended:** | 0 |
| **GT Class Reduced to:** | IV | **Class Suspended:** | |

Disciplinary Hearing Action
06/30/2015  11:45 AM
Page 2

**Inmate:**   Winston, Charles Allen          **ADC#:**   084733D        **Unit:**   Varner Unit

---

**Additional Sanctions/General Comments:**

---

**Factual Basis for Decision (This is a short synopsis of the facts as the Hearing Officer perceives them after reviewing all of the evidence.):**

STAFF OBSERVED INMATE WINSTON IN AN UNASSIGNED AREA. STAFF THEN GAVE INMATE WINSTON A DIRECT ORDER TO GO TO HIS ASSIGNED BARRACKS AND HE REFUSED AND STATED TO STAFF "STAFF DID NOT KNOW WHO HE WAS AND THAT HE WAS GOING TO TAKE HER JOB AND THAT HE WAS GOING TO MAKE AN EXAMPLE OUT OF STAFF BY GETTING STAFF FIRED.

---

**Evidence Relied Upon:**

F1 REPORT STATES STAFF OBSERVED INMATE WINSTON IN AN UNASSIGNED AREA. STAFF THEN GAVE INMATE WINSTON A DIRECT ORDER TO GO TO HIS ASSIGNED BARRACKS AND HE REFUSED AND STATED TO STAFF "STAFF DID NOT KNOW WHO HE WAS AND THAT HE WAS GOING TO TAKE HER JOB AND THAT HE WAS GOING TO MAKE AN EXAMPLE OUT OF STAFF BY GETTING STAFF FIRED.

005 from staff supporting F-1 report.
F-1 statement from charging officer.
MEMO
WITNESS STATEMENT

---

**Reasons Why Information Purporting to Exonerate Inmate was Discounted:**

Staff report is accepted.

---

**Reasons for Assessment of Punishment:**

INMATE WINSTON IS A CLASS II INMATE WHO MUST LEARN THAT BEING IN AN UNASSIGNED AREA AND CREATING UNNECESSARY NOISE IS AGAINST ADC RULES AND REGULATIONS AND WILL NOT BE TOLERATED FOR SECURITY PURPOSES.

---

**I have read this report and understand that I may appeal to the Warden about any decision made in this matter within fifteen (15) working days by completing the "Disciplinary Appeal" form.**

**Inmate's Signature** _____     **Counsel-Substitute** _____

**I affirm that the information is true to the best of my knowledge.**

**Hearing Officer** _____     **Date** _____

COII Andrews advised on 06.15.13 she was working 15-18 barracks, she had some lights turned off in 17 bks.  Inmate Boyd asked her if she could turn some of the lights off in barracks. Then you asked if she could turn the lights on over your rack. She turned the lights on over your rack so you would be able to read.  It was cleared through the Warden that the lights can be dim in the barracks as long as they can see inside.  She never meant for anyone to get hurt in the situation she was only doing what was told and it's in  black and white.

Exhibit-Z 13

**ADC**

*honor and integrity in public service*

**Arkansas Department of Correction**

**I**nternal
**A**ffairs
**D**ivision

P.O. Box 8707
Pine Bluff, Arkansas 71611-8707
Phone: (870) 267-6218
Fax:   (870) 267-6226

Exhibit-Z 14

---

MEMORANDUM

TO:        Inmate C. Winston, ADC #84733, Varner Unit

FROM:    Raymond Naylor, Disciplinary Hearing Administrator

RE:        Major Disciplinary Appeal

DATE:    August 9, 2013

Please be advised I am in receipt of your disciplinary appeal, regarding the major disciplinary you received on 06/15/13, at 12:56 p.m., by D. Andrews.

After a thorough review of all the documents pertaining to this matter, I find that I must reverse the decision of the major disciplinary hearing officer.  .

RN(jm)

cc:      Warden
         Inmate File

-8-

ARKANSAS DEPARTMENT OF CORRECTION
## Medical Restrictions/Limitations/Special Authorization(s)          MSF-207

*Exhibit-Z15*

| PART 1 - RESTRICTIONS: | **RESTRICT INMATE FROM:** |
|---|---|
| | ☐ Restrict assignment requiring strenuous physical activity for periods in excess of  hours. |
| | ☐ Restrict assignment requiring prolonged crawling, stooping, running, jumping, walking or standing. |
| | ☐ Restrict assignment requiring handling, lifting of heavy materials in excess of  pounds or requiring overhead work for a period in excess of hours. |
| **PART 2 - LIMITATIONS:** | **INMATE REQUIRES:** |
| \* | ☐ Bed Rest    days. Reason: |
| | ☐ No Duty    days. Reason: |
| | ☐ No Yard Call    days. Reason: |
| | ☐ No Sports    days. Reason: |
| | ☐ One Arm/Hand Duty    days. |
| **PART 3 -**<br>**SPECIAL**<br>**AUTHORIZATIONS:** | **INMATE IS AUTHORIZED TO:** |
| | ☐ Report to the Infirmary for Special Treatments(  ) |
| | ☐ Soak: |
| | ☐ Exercise: |
| | ☐ Other: |
| | ☐ Bathe in the Infirmary |
| | ☐ Sitz Bath |
| | ☐ Cast |
| | ☐ Other: |
| | ☐ Have in Possession: |
| | ☐ Cane |
| | ☐ Crutches |
| | ☐ Brace: (describe briefly) |
| | ☐ Prescribed Footwear: |
| | ☐ Orthopedic Appliance: (describe briefly) |
| | ☐ Other: Salt to cleanes laceration inside mouth |
| \* | ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:  06/15/2013    00:00:00
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:  06/17/2013    00:00:00

| | **Name:** Winston, Charles A. |
|---|---|
| *A Quinones* | **DOB:** 03/31/1958 |
| *A Quinones, LPN* | **ADC#:** 084733 |
| Cynthia Jean Newton | |

Distribution: Original - Medical Jacket

10-16-2015

C.A. Winston 084733

Varner Supermax, CB-306

P.O. Box 600

Grady, AR 71 644-0600

Exhibit Z-16

Arkansas Claims Commission

OCT 1 9 2015

RECEIVED

Brenda Wade

Director Claims Commission

101 E. Capitol Av., Suite 410

Little Rock, AR 72201-3823

RE: Claim # 15-0060-CC /C331

My Dear Ms. Wade,

   I pray this correspondence finds you well. Please find enclose a letter I would like for you to file mark and send me and the Bureau of Legislative Research a copy.

   They have still not fowarded me their decision. So will you please, please, assit me in this matter. Thank you.

                    In Jesus Service,
                    Your Servant,
                    Apostle, C.A. Winston

cc: file
BW

# ARKANSAS STATE CLAIMS COMMISSION



Exhibit-Z-17

**(501) 682-1619**
**FAX (501) 682-2823**

**BRENDA WADE**
**DIRECTOR**

**101 EAST CAPITOL AVENUE**
**SUITE 410**
**LITTLE ROCK, AR 72201-3823**

December 2, 2014

Mr. Charles Winston, #084733
P.O. Box 600
Grady, AR   71644

RE:   Charles Winston, #084733
Claim # 15-0060-CC
Vs.
Department of Correction

Dear Mr. Winston:

This will acknowledge of your recent correspondence regarding your appeal of the Claims Commission's ruling in the above-styled claim. Once you appealed the Commission's decision, the matter is no longer handled by this office.

Any questions you may have regarding your appeal should be sent to the following address:

Bureau of Legislative Research
Claims Review Subcommittee Staff Person
#1 Capitol Mall
5th Floor
Little Rock, AR 72201.

We hope this information assists you in your query.

Sincerely,

Brenda Wade
Director

BW/

Exhibit- 218

It is important that you choose to fix your cheekbone fracture very soon so that the bones do not heal in place and make the surgery more difficult. It has been 9 days since your injury and surgery needs to happen by no later than 2-3 weeks.

To repair the fracture, Dr. Benette would use a titanium plate to secure the bones together. The plate would stay in place. You would have an incision under your upper lip and perhaps above your eye that would be closed at surgery.

You would receive pain medications appropriate for the surgery, but pain medication before the surgery would be prescribed by your doctors.

There is the possibility that you will need another surgery.

You will have an opportunity to hear the risks and benefits of surgery again before the surgery.

The foregoing is a statement given to me by Dr. Benette's assistance. Benette perfored the surgery on me on August 18, 2015. APN, Clowers stated that the x-ray revealed that I had a blood clot, and air pocket from the assaut. I had six broken bones in my face. I had two broken nose bones, each right and left jaw bones were broken and left orbital floor and left anterior orbital rim fracture. I also had nine stitches put near and over my right eye in or near the location where I recieved stitches after my first assault. The following is Clowers x-ray results in her own handwriting:

Left Zg gomaticomaxillary Complex fracture

Bilateral nasal bone fracture

ich Zg zmatec fracture

left orbital floor and left anterior orbital rim fracture

reseptal left orbital emphysem a

orbital hematoma    W. Clowers APN