# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHARLES A. WINSTON,**
**ADC #84733**                                                                      **PLAINTIFF**

**V.**                           **NO. 5:16CV00186-JLH-BD**

**DEBORAH ANDREWS, et al.**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE